UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

OLIVER JIANG, Individually and on Behalf
of All Others Similarly Situated,

                        Plaintiff,

        vs.

JAMES M. CHIRICO, JR. and KIERAN J.
McGRATH,

                    Defendants.

---------------------------------------------------------------- x

:  Civil Action No. 1:23-cv-01258-PGG

:  <u>CLASS ACTION</u>

:  NOTICE OF SUPPLEMENTAL
:  AUTHORITY REGARDING THE PENDING
:  MOTIONS FOR APPOINTMENT OF LEAD
:  PLAINTIFF

4892-2861-3224.v1

Proposed lead plaintiff City of Pittsburgh Comprehensive Municipal Pension Trust Fund ("Pittsburgh") respectfully submits as supplemental authority the recent Opinion and Order in *San Antonio Fire and Police Pension Fund v. Dentsply Sirona Inc.*, No. 1:22-cv-06339-JPC, ECF 58 (S.D.N.Y. June 1, 2023), in further support Pittsburgh's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel (ECF 34).

Pittsburgh respectfully directs the Court to pages 10-13 of the *Dentsply Sirona* lead plaintiff opinion, in which Judge Cronan relies, in part, on *Sallustro v. CannaVest Corp.*, 93 F. Supp. 3d 265 (S.D.N.Y. 2015) (Gardephe, J.), to determine the largest financial interest among lead plaintiff movants.  Specifically, Judge Cronan relied on *Sallustro* in rejecting (for procedural and substantive reasons) a competing movant's attempt to switch financial interest metrics from the last-in, first-out loss calculation to the same *Dura* method Paul Sweatt advocates here.

DATED:  June 5, 2023

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARY K. BLASY


*s/ David A. Rosenfeld*
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
mblasy@rgrdlaw.com

4892-2861-3224.v1

ROBBINS GELLER RUDMAN
  & DOWD LLP
JENNIFER N. CARINGAL
KENNETH P. DOLITSKY
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
jcaringal@rgrdlaw.com
kdolitsky@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

4892-2861-3224.v1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on June 5, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ David A. Rosenfeld
DAVID A. ROSENFELD

ROBBINS GELLER RUDMAN
      & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

Email:  drosenfeld@rgrdlaw.com

4892-2861-3224.v1

# Mailing Information for a Case 1:23-cv-01258-PGG Jiang v. Avaya Holdings Corp. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Adam M. Apton**
  aapton@zlk.com,jtash@zlk.com,hakulp@zlk.com

- **Alan Ian Ellman**
  aellman@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Reid Mason Figel**
  rfigel@kellogghansen.com,gmiller@kellogghansen.com,ataylor@kellogghansen.com

- **Thomas Orlo Gorman**
  gorman.tom@dorsey.com,weingold.stephen@dorsey.com

- **Minsuk Han**
  mhan@kellogghansen.com,kmccarthy@kellogghansen.com

- **Phillip C. Kim**
  pkim@rosenlegal.com,pkrosenlaw@ecf.courtdrive.com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,ahood@pomlaw.com,asoto@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,abarbosa@pomlaw.com

- **Gregory Bradley Linkh**
  glinkh@glancylaw.com,info@glancylaw.com,greg-linkh-2000@ecf.pacerpro.com

- **Kim Elaine Miller**
  kim.miller@ksfcounsel.com,matthew.woodard@ksfcounsel.com,dawn.hartman@ksfcounsel.com,kimmiller225@yahoo.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com,drosenfeld@ecf.courtdrive.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Frank Rocco Schirripa**
  fschirripa@hrsclaw.com,sakter@hrsclaw.com

- **Joseph R. Seidman**
  seidman@bernlieb.com

- **Nathaniel A. Tarnor**
  NathanT@hbsslaw.com,lucasg@hbsslaw.com,sf_filings@hbsslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)