# EXHIBIT D

Docket #0127  Date Filed: 2/16/2023

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AVAYA INC., *et al.*,[1] | ) | Case No. 23-90088 (DRJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**FIRST AMENDED VERIFIED**
**STATEMENT PURSUANT TO BANKRUPTCY RULE 2019**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), certain unaffiliated beneficial holders, and/or investment advisors or managers of beneficial holders of certain unaffiliated holders of First Lien Claims (the "Akin Ad Hoc Group").[2] of Avaya Inc. and its affiliated debtors and debtors in possession (collectively, the "Debtors"), as set forth on **Exhibit A** attached hereto, by and through their undersigned counsel, hereby submit this amended verified statement (the "Amended Verified Statement"), and respectfully state as follows:

1.      The Akin Ad Hoc Group filed the *Verified Statement Pursuant to Bankruptcy Rule 2019*, dated February 15, 2023 (the "Verified Statement") [Docket No. 70]. The Akin Ad Hoc Group submits this Amended Verified Statement to amend information disclosed in the Verified Statement.

---

[1]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at http://www.kccllc.net/avaya. The location of Debtor Avaya Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 350 Mount Kemble Avenue, Morristown, New Jersey 07960.

[2]    Capitalized Terms used but otherwise not defined herein shall have the meanings ascribed to them in the *Declaration of Eric Koza, Chief Restructuring Officer of Avaya Holdings Corp. and Certain of Its Affiliates and Subsidiaries, in Support of Debtors' Chapter 11 Petitions and First Day Motions* [Docket No. 4].

1

2390088230216000000000008

2.     As of the date of this Amended Verified Statement, Akin Gump Strauss Hauer & Feld LLP ("Akin Gump") represents only the Akin Ad Hoc Group.  Akin Gump does not represent or purport to represent any other entities in connection with the Debtors' chapter 11 cases.  Akin Gump does not represent the Akin Ad Hoc Group as a "committee" (as such term is employed under title 11 of the United States Code and the Bankruptcy Rules) and does not undertake to, and does not, represent the interests of, and is not a fiduciary for, any creditor, party in interest, or entities other than the Akin Ad Hoc Group.  In addition, neither the Akin Ad Hoc Group nor any member of the Akin Ad Hoc Group represents or purports to represent, or serves as fiduciary for, any other entities in connection with the Debtors' chapter 11 cases.

3.     Akin Gump has been advised by members of the Akin Ad Hoc Group that the that individual members of the Akin Ad Hoc Group either hold claims or manage accounts that hold claims against the Debtors' estates.  In accordance with Bankruptcy Rule 2019, a list of the names, addresses, and "the nature and amount of all disclosable economic interests" in relation to the Debtors reported to Akin Gump held as of February 14, 2023 by each of the members of the Akin Ad Hoc Group is attached hereto as **Exhibit A**.

4.     The information set forth on **Exhibit A**, which is based on information provided by the applicable members of the Akin Ad Hoc Group to Akin Gump, is intended only to comply with Bankruptcy Rule 2019 and is not intended for any other purpose.  Akin Gump does not make any representation regarding the validity, amount, allowance, or priority of such claims and reserves all rights with respect thereto.  Akin Gump does not own, nor has Akin Gump ever owned, any claims against or interests in the Debtors, except for claims for services rendered to the Akin Ad Hoc Group.

5.      Nothing contained in this Amended Verified Statement (or any exhibit hereto) should be construed as a limitation upon, or waiver of, any rights of the Akin Ad Hoc Group or any member of the Akin Ad Hoc Group, including any right to assert, file and/or amend any claim in accordance with applicable law and any orders entered in these chapter 11 cases.

6.      Additional holders of claims against or disclosable economic interests in the Debtors' estates may become members of the Akin Ad Hoc Group, and certain members of the Akin Ad Hoc Group may cease to be members of the Akin Ad Hoc Group in the future.  Akin Gump reserves the right to amend or supplement this Amended Verified Statement in accordance with the requirements set forth in Bankruptcy Rule 2019.

Dated: February 16, 2023

Respectfully Submitted,

**AKIN GUMP STRAUSS HAUER & FELD LLP**

*/s/ Marty L. Brimmage, Jr.*
Marty L. Brimmage, Jr.
(State Bar No. 00793386; S.D. Tex. 30464)
Lacy M. Lawrence
(State Bar No. 24055912; S.D. Tex. No. 995675)
2300 N. Field Street, Suite 1800
Dallas, Texas 75201-2481
Telephone: (214) 969-2800
Facsimile: (214) 969-4343
Email: mbrimmage@akingump.com
Email: llawrence@akingump.com

-and-

Ira S. Dizengoff (*pro hac vice* pending)
Philip C. Dublin (*pro hac vice* pending)
Naomi Moss (*pro hac vice* pending)
One Bryant Park
New York, New York 10036-6745
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email: idizengoff@akingump.com
Email: pdublin@akingump.com
Email: nmoss@akingump.com

*Counsel to the Akin Ad Hoc Group*

4

## **Exhibit A**[1]

| Name | Address | Nature and Amount of Disclosable Economic Interest[2] |
|---|---|---|
| Certain funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised, controlled or directed by Abry Partners III, LLC, or an affiliate thereof | 888 Boylston Street Suite 1600 Boston, MA 02199 | $4,000,000.00 of the B-1 Term Loan[3] $33,135,000.00 of the B-2 Term Loan[4] |
| Certain funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised or controlled by Anchorage Capital Group, L.L.C., or an affiliate thereof | 610 Broadway, 6th Floor New York, NY 10012 | $10,650,001.21 of the B-1 Term Loan $12,176,139.82 of the B-2 Term Loan |
| Certain funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised or controlled by Apollo Advisors X, L.P. or an affiliate thereof | 9 West 57th Street, 41st Floor New York, NY 10019 | $213,089,675.59 of the B-1 Term Loan $180,562,759.20 of the B-2 Term Loan $77,850,000.00 of the B-3 Term Loan[5] $437,337,000.00 of the Legacy Notes[6] |
| Certain funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised or controlled by Atalaya Capital Management LP, or an affiliate thereof | One Rockefeller Plaza, 32nd Floor New York, NY 10020 | $4,000,000.00 of the B-1 Term Loan $6,000,000.00 of the B-2 Term Loan |
| Certain funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised or controlled by Bank of America, N.A., or an affiliate thereof | 1 Bryant Park New York, NY 10036 | $7,384,441.00 of the B-1 Term Loans $775,911 of the B-2 Term Loans |

---

[1] Each entity on this **Exhibit A** holds disclosable economic interests, or acts as investment adviser, sub-adviser or manager to funds and/or accounts or their respective subsidiaries that hold disclosable economic interests in relation to the Debtors.

[2] Unless set forth herein, this Verified Statement reflects the nature and amount of disclosable economic interests in the Debtors held by members of the Akin Ad Hoc Group as disclosed to Akin Gump. The amounts included herein do not include any claims for, without limitation, fees, expenses, accrued and unpaid interest, premium, make-wholes or other amounts that may be owing under the respective governing documents of the economic interests listed herein. Certain amounts set forth herein may reflect unsettled trades.

[3] "B-1 Term Loan" means the loan outstanding under that certain loan agreement, dated as of December 15, 2017, between Avaya Holdings Corp., as Holdings, and Avaya Inc., as borrower, the lenders party thereto, and Goldman, as Administrative Agent and Collateral Agent, including all amendments, modifications, and supplements thereto (the "Prepetition Term Loan Credit Agreement") in the principal amount of $800,000,000.

[4] "B-2 Term Loan" means the loan outstanding under the Prepetition Term Loan Credit Agreement in the principal amount of $743,000,000.

[5] "B-3 Term Loan" means the loan incurred in accordance with Amendment No. 4 to the Prepetition Term Loan Credit Agreement in the principal amount of $350,000,000.

[6] "Legacy Notes" means the first lien notes under the indenture, dated as of September 25, 2020, between Avaya Inc., as issuer, and Wilmington Trust, National Association, as Trustee and Notes Collateral Agent, including all amendments, modifications, and supplements thereto in the principal amount of $1,000,000,000.

| Certain funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised or controlled by Brigade Capital Management, LP, or an affiliate thereof | 399 Park Avenue, 16th Floor New York, NY 10022 | $12,500,000.00 of the B-1 Term Loan $23,500,000.00 of the B-2 Term Loan $82,743,000.00 of the Legacy Notes $125,000,000.00 of the Secured Exchangeable Notes |
|---|---|---|
| Certain funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised or controlled by Carronade Capital Management, LP, or an affiliate thereof | 17 Old Kings Highway South, Suite 140 Darien, CY 06820 | $21,000,000.00 of the B-1 Term Loan $12,677,273.00 of the B-2 Term Loan |
| Certain funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised or controlled by Columbia Threadneedle Management Ltd, or an affiliate thereof | 100 N. Pacific Coast Highway Suite 650 El Segundo, CA 90245 | $16,707,574.19 of the B-1 Term Loan $10,500,000 of the B-2 Term Loan |
| Certain funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised or controlled by GLG LLC, or an affiliate thereof | 1345 6th Avenue, Floor 21 New York, NY 10105 | $1,508,389.32 of the B-1 Term Loan $4,000,000.00 of the B-2 Term Loan |
| Certain funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised or controlled by Lazard Asset Management LLC, or an affiliate thereof | 30 Rockefeller Plaza New York, NY 10112 | $36,000,000.00 of the Secured Exchangeable Notes |
| Certain funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised or controlled by Legal & General Investment Management America Limited | 1 Coleman Street London, UK EC2R 5AA | $13,440,000 of the Legacy Notes |
| Certain funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised or controlled by Marathon Asset Management, LP, or an affiliate thereof | 1 Bryant Park #38 New York, NY 10036 | $5,500,000.00 of the B-1 Term Loans $4,700,000.00 of the B-2 Term Loans $1,055,000 of the Legacy Notes |
| Certain funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised or controlled by Merced Capital, or an affiliate thereof | 701 Carlson Parkway Suite 220 Minnetonka, MN 55305 | $2,500,000.00 of the Legacy Notes $11,000,000.00 of the Secured Exchangeable Notes[7] |

---

[7] "Secured Exchangeable Notes" means the secured exchangeable notes under the indenture, dated as of July 12, 2022, between Avaya Inc., as issuer, and Wilmington Trust, National Association, as Trustee, Exchange Agent and Notes Collateral Agent, including all amendments, modifications, and supplements thereto in the principal amount of $250,000,000.

2

| | | |
|---|---|---|
| Certain funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised or controlled by Prescott Group Capital Management, L.L.C., or an affiliate thereof | 2767 South Utica Ave<br>Suite 1120<br>Tulsa, OK 74104 | $1,000,000.00 of the Legacy Notes |
| Certain funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised or controlled by P. Schoenfeld Asset Management LP, or an affiliate thereof | 1350 Avenue of the Americas, 21st Floor<br>New York, NY 10019 | $42,902,000.00 of the Legacy Notes |
| Certain funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised or controlled by Steele Creek Investment Management LLC, or an affiliate thereof | 201 South College St<br>Suite 1690<br>Charlotte, NC 28244 | $6,159,899.00 of the B-1 Term Loan<br>$2,000,000.00 of the B-2 Term Loan |
| Certain funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised or controlled by Wolverine Asset Management, LLC, or an affiliate thereof | 175 W. Jackson Blvd<br>Suite 340<br>Chicago, IL 60604 | $21,741,000.00 of the Legacy Notes |

3

## <u>CERTIFICATE OF SERVICE</u>

I certify that on February 16, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on the parties that have consented to such services.

*/s/ Marty L. Brimmage, Jr.*
*Marty L. Brimmage, Jr.*
