# EXHIBIT F

## Exhibit B

### Members of the New Board

Certain documents, or portions thereof, contained in this **Exhibit B** and the First Amended Plan Supplement remain subject to continued review by the Debtors and the Consenting Stakeholders. The respective rights of the Debtors and the Required Consenting Stakeholders are expressly reserved, subject to the terms and conditions set forth in the Plan and the RSA, to alter, amend, modify, or supplement the First Amended Plan Supplement and any of the documents contained therein in accordance with the terms of the Plan, or by order of the Bankruptcy Court; *provided* that if any document in this First Amended Plan Supplement is altered, amended, modified, or supplemented in any material respect prior to the Effective Date, the Debtors will file a redline of such document with the Bankruptcy Court.

As of the Effective Date, the New Board shall be appointed in accordance with the Governance Documents, the other constituent documents of each Reorganized Debtor, and the Plan. On the Effective Date, the New Board shall consist of the following nine members:

- **Patrick Bartels**: Patrick is the Managing Member of Redan Advisors LLC, a firm that provides fiduciary services, including board of director representation and strategic planning advisory services for domestic and international public and private business entities. Prior to founding Redan Advisors LLC, Patrick served as a senior investor in complex financial restructurings and process-intensive situations in North America, Asia and Europe, and in a broad universe of industries. He has more than 20 years of industry experience and served as a Managing Principal at Monarch Alternative Capital LP, a private investment firm that focused primarily on event-driven credit opportunities, from 2002 to December 2018. Prior to Monarch, he served as Research Analyst for high yield investments at INVESCO, where he analyzed primary and secondary debt offerings of companies in various industries. Patrick began his career at Pricewaterhouse Coopers LLP, where he was a Certified Public Accountant. He holds the Chartered Financial Analyst designation. Mr. Bartels received a B.S. in Accounting and Finance from Bucknell University.

- **Patrick Dennis**: Patrick currently serves as the Chief Executive Officer of ExtraHop, where he is responsible for driving company-wide strategy and priorities with a focus on customer success, innovation, and rapid, scalable growth. Prior to ExtraHop, Patrick gained more than two decades of experience leading both public and private high-growth technology and cybersecurity companies. Patrick has previously served as the Chief Executive Officer of Alvaria Software, Aspect Software, and Guidance Software, as well as in leadership roles at EMC and Oracle. He has also served as an operating executive at Vector Capital, where he consulted with founders, boards, and private equity partners on a number of issues, including strategic planning, growth, and capital requirements. He holds a B.S. in Information Technology from the Rochester Institute of Technology.

- **Robert Kalsow-Ramos**: Robert is Partner, Private Equity, at Apollo, where he primarily focuses on investments in the technology and services sectors. He serves on the board of directors of TD Synnex (NYSE:SNX), West Technology Group,

EmployBridge and Ingenico.  Robert previously served on the board of directors of Alorica, Hexion, Momentive Performance Materials, Tech Data and Noranda Aluminum and was also involved in the firm's investment in Evertec.  Prior to joining Apollo in 2010, he was a member of the Investment Banking group at Morgan Stanley.  Robert received his B.B.A. from the Stephen M. Ross School of Business at the University of Michigan, where he graduated with high distinction. He is co-chair of the board of directors of The TEAK Fellowship, a non-profit organization based in New York City, and is a member of the Apollo Opportunity Foundation grants council.

- **Marylou Maco**:  Marylou brings over 25 years' experience driving Go–to–Market strategy, sales, channels, customer success and field operations at high-growth software and cloud companies.  Marylou recently served as the Executive Vice President of Worldwide Sales and Field Operations at Genesys where she was responsible for leading the GTM SaaS transformation over consecutive years of high growth.  Under her leadership the company grew revenues to greater than $1.9 billion with year over year growth more than double the rate of prior fiscal years as the company completed its transition to becoming a cloud company.  Prior to Genesys, she served in several sales executive leadership positions, including at Anaplan, CogntiveScale, Hewlett Packard Enterprise, Oracle and held roles of increasing responsibility at Cisco Systems for 19 years.  Marylou attended Penn State University majoring in Management and Related Support Services.

- **Alan B. Masarek**:  Alan has over thirty years of software and cloud-based business experience.  He has been the President and Chief Executive Officer and a member of the board of directors of Avaya Holdings Corp. since August 1, 2022. Prior to Avaya, Alan most recently served as Chief Executive Officer and a member of the board of directors of Vonage Holdings Corp., where he led the company through an era of transformation from a VoIP-based residential phone provider into a global business cloud communications company.  Prior to Vonage, Alan served as Director, Chrome & Apps at Google, Inc. and Co-founder and CEO of Quickoffice, Inc., among other positions.  Alan earned his M.B.A., with Distinction, from Harvard Business School and his B.B.A., *magna cum laude*, from the University of Georgia.

- **Aaron Miller**:  Aaron is a Partner in Apollo's Private Equity business and Head of Apollo Portfolio Performance Solutions.  Aaron has served on the boards of several Apollo portfolio companies, including McGraw-Hill Education and Tech Data Corporation.  Prior to joining Apollo, Aaron was Chief Operating Officer of Catalina Marketing, where he was responsible for Innovation & Customer Delivery.  Previously, he served as Operating Director at Berkshire Partners and was a Partner with Bain & Company.  Earlier in his career, Aaron also held key product and operations leadership roles with General Mills and Cereal Partners Worldwide.  He received an M.B.A. from The Wharton School of the University of Pennsylvania and a B.S. in Chemical Engineering from Northwestern University.

- **Donald E. Morgan III**:  Donald is the Brigade Capital Management's Managing Partner and Chief Investment Officer.  Prior to forming Brigade in 2006, Donald was a Senior Managing Director and Co-Head of Fixed Income at MacKay Shields, LLC.  Donald previously served on the board of directors of NII Holdings, Inc.  He began his career in money management as a Research Associate, then High Yield Analyst, at Fidelity Management and Research Company.  He received a B.S. in Finance, *magna cum laude*, from New York University.  Additionally, he is a CFA charterholder.

- **Tod Nielsen**:  Tod has extensive cloud platform and revenue growth experience.  Most recently, Tod served as the President and Chief Executive Officer of FinancialForce.  Prior to leading FinancialForce, he held a number of strategic roles, including as the Executive Vice President of Platform at Salesforce, as the Chief Executive Officer of Heroku, as the Co-President of Applications Platform Group and Chief Operating Officer at VMware, and as the Chief Executive Officer of Borland Corporation, in addition to other roles at Oracle, BEA Systems, and Microsoft.  He received a B.S. in Business Administration from Central Washington University.

- **Jacqueline Woods**:  Jacqueline currently serves as Chief Marketing Officer of Teradata Corporation, where she is a member of the company's executive leadership team.  Previously, Jacqueline served in several Chief Marketing Officer positions, including at NielsenIQ, at IBM's Global Partner Ecosystem Division, and at IBM Global Financing.  Before that, she served as Global Head of Customer Segmentation & Customer Experience at General Electric and held roles of increasing responsibility at Oracle for 10 years.  Jacqueline holds a B.S. in Managerial Economics from the University of California, Davis, and an M.B.A. from the University of Southern California Marshall School of Business.

Each such director shall serve from and after the Effective Date pursuant to the terms of the Governance Documents.