UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OLIVER JIANG, individually and on behalf of all others similarly situated,

      Plaintiff,

- against -

JAMES M. CHIRICO, JR., and KIERAN J. McGRATH,

      Defendants.

**ORDER**

23 Civ. 1258 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

  It is hereby ORDERED that moving papers for Plaintiff Oliver Jiang's and Plaintiff City of Pittsburgh Comprehensive Municipal Pension Trust Fund's motion to lift the discovery stay under the Private Securities Litigation Reform Act are due **February 2, 2024**. Defendants' oppositions are due **February 16, 2024**.

  The Clerk of the Court is directed to terminate the motion. (Dkt. No. 69)

Dated: New York, New York
   January 19, 2024

          SO ORDERED.

          _____
          Paul G. Gardephe
          United States District Judge