UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLIVER JIANG, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>JAMES M. CHIRICO, JR., and KIERAN J. MCGRATH,<br>　　　　　　　　　　　Defendants. | Case No. 1:23-cv-01258-PGG<br><br>**DECLARATION OF LUCAS E. GILMORE IN SUPPORT OF PAUL SWEATT'S RESPONSE TO THE COURT'S JANUARY 19, 2024 ORDER (ECF 72)**<br><br><u>CLASS ACTION</u> |

011154-11/2438401 V1

I, Lucas E. Gilmore, declare as follows:

1.  I am a partner at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for Paul Sweatt ("Mr. Sweatt" or "Movant"). I am an attorney licensed to practice law in the State of California. I make this declaration in further support of Movant's Response to the Court's January 19, 2024 Order (ECF No. 72). I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.  Attached are true and correct copies of the following exhibits:

    Exhibit A:  Movant Paul Sweatt's revised loss chart in accordance with the Court's analysis in *CannaVest*, showing LIFO losses and eliminating in-and-out trading between corrective disclosures.

    Exhibit B:  Movant Pittsburgh's revised loss chart in accordance with the Court's analysis in *CannaVest*, showing LIFO losses for original *Fletcher* class period.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 2nd day of February 2024, at San Diego, California.

*/s/ Lucas E. Gilmore*
LUCAS E. GILMORE

-1-

-1-

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Lucas E. Gilmore*
LUCAS E. GILMORE