# Exhibit A

**Loss Analysis for Paul Sweatt - Avaya Holdings Corp. (AVYA)**
**Class Period 10/03/19 - 11/29/22**

| | Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP) |
|---|---|
| Schwab | $202,314.00 |
| TD Ameritrade | $154,600.00 |
| TD Ameritrade IRA | $82,783.05 |
| Fidelity | $71,540.48 |
| ~~09/16/2022 2.00 C~~ | ~~$29,628.02~~ |
| ~~11/18/2022 2.00 C~~ | ~~$18,241.02~~ |
| | $511,237.53 |

Loss Analysis for Paul Sweatt - Avaya Holdings Corp. (AVYA)
Class Period 10/03/19 - 11/29/22
Schwab

| | Date | Shares | **P U R C H A S E S** Share Price | | Amount Paid | Date | Shares | **S A L E S** Share Price | | Amount Received |
|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Held | | | | | | | | | | |
| Class Period | 08/15/22 | 100 | $0.6880 | | $68.80 | | | | | |
| Purchases | 08/15/22 | 100 | $0.6880 | | $68.80 | | | | | |
| | 08/15/22 | 100 | $0.6880 | | $68.80 | | | | | |
| | 08/15/22 | 100 | $0.6880 | | $68.80 | | | | | |
| | 08/15/22 | 100 | $0.6880 | | $68.80 | | | | | |
| | 08/15/22 | 100 | $0.6880 | | $68.80 | | | | | |
| | 08/15/22 | 20 | $0.6880 | | $13.76 | | | | | |
| | 08/15/22 | 100 | $0.6880 | | $68.80 | | | | | |
| | 08/15/22 | 200 | $0.6880 | | $137.60 | | | | | |
| | 08/15/22 | 100 | $0.6880 | | $68.80 | | | | | |
| | 08/15/22 | 100 | $0.6880 | | $68.80 | | | | | |
| | 08/15/22 | 100 | $0.6880 | | $68.80 | | | | | |
| | 08/15/22 | 100 | $0.6880 | | $68.80 | | | | | |
| | 08/15/22 | 100 | $0.6880 | | $68.80 | | | | | |
| | 08/15/22 | 100 | $0.6880 | | $68.80 | | | | | |
| | 08/15/22 | 100 | $0.6880 | | $68.80 | | | | | |
| | 08/15/22 | 100 | $0.6880 | | $68.80 | | | | | |
| | 08/15/22 | 100 | $0.6880 | | $68.80 | | | | | |
| | 08/15/22 | 100 | $0.6880 | | $68.80 | | | | | |
| | 08/15/22 | 100 | $0.6880 | | $68.80 | | | | | |
| | 08/15/22 | 300 | $0.6880 | | $206.40 | | | | | |
| | 08/15/22 | 100 | $0.6880 | | $68.80 | | | | | |
| | 08/15/22 | 100 | $0.6880 | | $68.80 | | | | | |
| | 08/15/22 | 100 | $0.6881 | | $68.81 | | | | | |
| | 08/15/22 | 100 | $0.6881 | | $68.81 | | | | | |
| | 08/15/22 | 200 | $0.6881 | | $137.62 | | | | | |
| | 08/15/22 | 400 | $0.6881 | | $275.24 | | | | | |
| | 08/15/22 | 100 | $0.6881 | | $68.81 | | | | | |
| | 08/15/22 | 300 | $0.6881 | | $206.43 | | | | | |
| | 08/15/22 | 200 | $0.6881 | | $137.62 | | | | | |
| | 08/15/22 | 300 | $0.6881 | | $206.43 | | | | | |
| | 08/15/22 | 100 | $0.6881 | | $68.81 | | | | | |
| | 08/15/22 | 200 | $0.6881 | | $137.62 | | | | | |
| | 08/15/22 | 100 | $0.6881 | | $68.81 | | | | | |
| | 08/15/22 | 300 | $0.6881 | | $206.43 | | | | | |
| | 08/15/22 | 300 | $0.6881 | | $206.43 | | | | | |
| | 08/15/22 | 100 | $0.6880 | | $68.80 | | | | | |
| | 08/15/22 | 100 | $0.6886 | | $68.86 | | | | | |
| | 08/15/22 | 100 | $0.6886 | | $68.86 | | | | | |
| | 08/15/22 | 200 | $0.6888 | | $137.76 | | | | | |
| | 08/15/22 | 100 | $0.6888 | | $68.88 | | | | | |
| | 08/15/22 | 100 | $0.6890 | | $68.90 | | | | | |
| | 08/15/22 | 100 | $0.6890 | | $68.90 | | | | | |
| | 08/15/22 | 1 | $0.6890 | | $0.69 | | | | | |
| | 08/15/22 | 1 | $0.6890 | | $0.69 | | | | | |
| | 08/15/22 | 100 | $0.6890 | | $68.90 | | | | | |
| | 08/15/22 | 100 | $0.6890 | | $68.90 | | | | | |
| | 08/15/22 | 200 | $0.6890 | | $137.80 | | | | | |
| | 08/15/22 | 98 | $0.6890 | | $67.52 | | | | | |
| | 08/15/22 | 2 | $0.6890 | | $1.38 | | | | | |
| | 08/15/22 | 100 | $0.6890 | | $68.90 | | | | | |
| | 08/15/22 | 100 | $0.6890 | | $68.90 | | | | | |
| | 08/15/22 | 100 | $0.6890 | | $68.90 | | | | | |
| | 08/15/22 | 200 | $0.6890 | | $137.80 | | | | | |
| | 08/15/22 | 100 | $0.6890 | | $68.90 | | | | | |
| | 08/15/22 | 98 | $0.6890 | | $67.52 | | | | | |
| | 08/15/22 | 102 | $0.6890 | | $70.28 | | | | | |
| | 08/15/22 | 100 | $0.6890 | | $68.90 | | | | | |
| | 08/15/22 | 98 | $0.6890 | | $67.52 | | | | | |
| | 08/15/22 | 100 | $0.6890 | | $68.90 | | | | | |
| | 08/15/22 | 100 | $0.6890 | | $68.90 | | | | | |
| | 08/15/22 | 200 | $0.6890 | | $137.80 | | | | | |
| | 08/15/22 | 100 | $0.6890 | | $68.90 | | | | | |
| | 08/15/22 | 100 | $0.6890 | | $68.90 | | | | | |

| Date | Quantity | Price | Amount |
|---|---|---|---|
| 08/15/22 | 100 | $0.6890 | $68.90 |
| 08/15/22 | 100 | $0.6890 | $68.90 |
| 08/15/22 | 100 | $0.6890 | $68.90 |
| 08/15/22 | 100 | $0.6890 | $68.90 |
| 08/15/22 | 100 | $0.6890 | $68.90 |
| 08/15/22 | 100 | $0.6890 | $68.90 |
| 08/15/22 | 100 | $0.6890 | $68.90 |
| 08/15/22 | 100 | $0.6890 | $68.90 |
| 08/15/22 | 100 | $0.6890 | $68.90 |
| 08/15/22 | 1 | $0.6891 | $0.69 |
| 08/15/22 | 1 | $0.6891 | $0.69 |
| 08/15/22 | 1,000 | $0.6900 | $690.00 |
| 08/15/22 | 65 | $0.6900 | $44.85 |
| 08/15/22 | 4,300 | $0.6900 | $2,967.00 |
| 08/15/22 | 100 | $0.6900 | $69.00 |
| 08/15/22 | 61 | $0.6893 | $42.05 |
| 08/15/22 | 100 | $0.6927 | $69.27 |
| 08/15/22 | 100 | $0.6927 | $69.27 |
| 08/15/22 | 100 | $0.6928 | $69.28 |
| 08/15/22 | 100 | $0.6928 | $69.28 |
| 08/15/22 | 100 | $0.6927 | $69.27 |
| 08/15/22 | 100 | $0.6928 | $69.28 |
| 08/15/22 | 4,852 | $0.6928 | $3,361.47 |
| 08/25/22 | 1,100 | $1.4500 | $1,595.00 |
| 08/25/22 | 300 | $1.4500 | $435.00 |
| 08/25/22 | 1,000 | $1.4500 | $1,450.00 |
| 08/25/22 | 2,000 | $1.4500 | $2,900.00 |
| 08/25/22 | 300 | $1.4500 | $435.00 |
| 08/25/22 | 8 | $1.4500 | $11.60 |
| 08/25/22 | 292 | $1.4500 | $423.40 |
| 08/29/22 | 50 | $1.2800 | $64.00 |
| 08/29/22 | 3 | $1.2800 | $3.84 |
| 08/29/22 | 5 | $1.2800 | $6.40 |
| 08/29/22 | 442 | $1.2800 | $565.76 |
| 09/02/22 | 1,487 | $1.8200 | $2,706.34 |
| 09/02/22 | 100 | $1.8200 | $182.00 |
| 09/02/22 | 100 | $1.8200 | $182.00 |
| 09/02/22 | 100 | $1.8200 | $182.00 |
| 09/02/22 | 9,826 | $1.8300 | $17,981.58 |
| 09/02/22 | 8,546 | $1.8300 | $15,639.18 |
| 09/02/22 | 7,744 | $1.8300 | $14,171.52 |
| 09/02/22 | 834 | $1.8300 | $1,526.22 |
| 09/02/22 | 12,254 | $1.8300 | $22,424.82 |
| 09/02/22 | 1,406 | $1.8300 | $2,572.98 |
| 09/02/22 | 8,468 | $1.8300 | $15,496.44 |
| 09/02/22 | 3,437 | $1.8300 | $6,289.71 |
| 09/02/22 | 1,100 | $1.8300 | $2,013.00 |
| 09/02/22 | 7,343 | $1.8300 | $13,437.69 |
| 09/02/22 | 200 | $1.8300 | $366.00 |
| 09/02/22 | 1,920 | $1.8300 | $3,513.60 |
| 09/02/22 | 76 | $1.8300 | $139.08 |
| 09/02/22 | 8,118 | $1.8300 | $14,855.94 |
| 09/02/22 | 6,658 | $1.8300 | $12,184.14 |
| 09/02/22 | 4,524 | $1.8300 | $8,278.92 |
| 09/02/22 | 5,507 | $1.8300 | $10,077.81 |
| 09/02/22 | 100 | $1.8300 | $183.00 |
| 09/02/22 | 4,815 | $1.8300 | $8,811.45 |
| 09/02/22 | 5,337 | $1.8300 | $9,766.71 |
| 09/02/22 | 5,099 | $1.7400 | $8,872.26 |
| 09/02/22 | 100 | $1.7400 | $174.00 |
| 09/02/22 | 200 | $1.7400 | $348.00 |
| 09/02/22 | 1,000 | $1.7400 | $1,740.00 |
| 09/02/22 | 200 | $1.7400 | $348.00 |
| 09/02/22 | 100 | $1.7400 | $174.00 |
| 09/02/22 | 100 | $1.7400 | $174.00 |
| 09/02/22 | 200 | $1.7400 | $348.00 |
| 09/02/22 | 100 | $1.7400 | $174.00 |
| 09/02/22 | 200 | $1.7400 | $348.00 |
| 09/02/22 | 200 | $1.7400 | $348.00 |
| 09/02/22 | 100 | $1.7400 | $174.00 |
| 09/02/22 | 100 | $1.7400 | $174.00 |
| 09/02/22 | 100 | $1.7400 | $174.00 |
| 09/02/22 | 100 | $1.7400 | $174.00 |

**Post Class Purchases**

| Date | Quantity | Price | Total |
|---|---|---|---|
| 09/02/22 | 100 | $1.7400 | $174.00 |
| 09/02/22 | 100 | $1.7400 | $174.00 |
| 09/02/22 | 100 | $1.7400 | $174.00 |
| 09/02/22 | 100 | $1.7400 | $174.00 |
| 09/02/22 | 100 | $1.7400 | $174.00 |
| 09/02/22 | 100 | $1.7400 | $174.00 |
| 09/02/22 | 100 | $1.7400 | $174.00 |
| 09/02/22 | 100 | $1.7400 | $174.00 |
| 09/02/22 | 100 | $1.7400 | $174.00 |
| 09/02/22 | 100 | $1.7400 | $174.00 |
| 09/02/22 | 100 | $1.7400 | $174.00 |
| 09/02/22 | 100 | $1.7400 | $174.00 |
| 09/02/22 | 100 | $1.7400 | $174.00 |
| 09/02/22 | 100 | $1.7400 | $174.00 |
| 09/02/22 | 200 | $1.7400 | $348.00 |
| 09/02/22 | 100 | $1.7400 | $174.00 |
| 09/02/22 | 100 | $1.7400 | $174.00 |
| 09/02/22 | 100 | $1.7400 | $174.00 |
| 09/02/22 | 100 | $1.7400 | $174.00 |
| 09/02/22 | 200 | $1.7400 | $348.00 |
| 09/02/22 | 200 | $1.7400 | $348.00 |
| 09/02/22 | 17,235 | $1.7400 | $29,988.90 |
| 09/02/22 | 26,866 | $1.7400 | $46,746.84 |
| 09/02/22 | 45,600 | $1.7400 | $79,344.00 |
| 09/07/22 | 10 | $1.9650 | $19.65 |
| 09/07/22 | 100 | $1.9699 | $196.99 |
| 09/07/22 | 60 | $1.9699 | $118.19 |
| 09/07/22 | 300 | $1.9699 | $590.97 |
| 09/07/22 | 100 | $1.9799 | $197.99 |
| 09/07/22 | 200 | $1.9799 | $395.98 |
| 09/07/22 | 700 | $1.9799 | $1,385.93 |
| 09/07/22 | 100 | $1.9799 | $197.99 |
| 09/07/22 | 100 | $1.9799 | $197.99 |
| 09/07/22 | 100 | $1.9799 | $197.99 |
| 09/07/22 | 97 | $1.9799 | $192.05 |
| 09/07/22 | 200 | $1.9799 | $395.98 |
| 09/07/22 | 3 | $1.9799 | $5.94 |
| 09/07/22 | 37 | $1.9799 | $73.26 |
| 09/07/22 | 200 | $1.9799 | $395.98 |
| 09/07/22 | 200 | $1.9799 | $395.98 |
| 09/07/22 | 200 | $1.9799 | $395.98 |
| 09/07/22 | 200 | $1.9799 | $395.98 |
| 09/07/22 | 200 | $1.9799 | $395.98 |
| 09/07/22 | 200 | $1.9799 | $395.98 |
| 09/07/22 | 200 | $1.9799 | $395.98 |
| 09/07/22 | 200 | $1.9799 | $395.98 |
| 09/07/22 | 200 | $1.9799 | $395.98 |
| 09/07/22 | 400 | $1.9799 | $791.96 |
| 09/07/22 | 100 | $1.9799 | $197.99 |
| 09/07/22 | 60 | $1.9799 | $118.79 |
| 09/07/22 | 100 | $1.9799 | $197.99 |
| 09/07/22 | 7,433 | $1.9850 | $14,754.51 |
| 09/07/22 | 3,142 | $1.9850 | $6,236.87 |
| 09/07/22 | 9,158 | $1.9891 | $18,216.18 |

**Post Class Sales**

| Date | Quantity | Price | Total |
|---|---|---|---|
| * 12/19/2022 | 200 | $0.9000 | $180.00 |
| * 12/19/2022 | 100 | $0.9000 | $90.00 |
| * 12/19/2022 | 100 | $0.9000 | $90.00 |
| * 12/19/2022 | 100 | $0.9000 | $90.00 |
| * 12/19/2022 | 400 | $0.9000 | $360.00 |
| * 12/19/2022 | 100 | $0.9000 | $90.00 |
| * 12/19/2022 | 3,300 | $0.9000 | $2,970.00 |
| * 12/19/2022 | 1,100 | $0.9000 | $990.00 |
| * 12/19/2022 | 100 | $0.9000 | $90.00 |
| * 12/19/2022 | 100 | $0.9000 | $90.00 |
| * 12/19/2022 | 100 | $0.9000 | $90.00 |
| * 12/19/2022 | 49 | $0.9000 | $44.10 |
| * 12/19/2022 | 200 | $0.9000 | $180.00 |
| * 12/19/2022 | 1,700 | $0.9000 | $1,530.00 |
| * 12/19/2022 | 100 | $0.9000 | $90.00 |
| * 12/19/2022 | 100 | $0.9000 | $90.00 |
| * 12/19/2022 | 200 | $0.9000 | $180.00 |

| Date | Quantity | Price | | Total |
|---|---|---|---|---|
| 12/19/2022 | 1,700 | $0.9000 | | $1,530.00 |
| 12/19/2022 | 100 | $0.9000 | | $90.00 |
| 12/19/2022 | 200 | $0.9000 | | $180.00 |
| 12/19/2022 | 100 | $0.9000 | | $90.00 |
| 12/19/2022 | 100 | $0.9000 | | $90.00 |
| 12/19/2022 | 100 | $0.9000 | | $90.00 |
| 12/19/2022 | 200 | $0.9000 | | $180.00 |
| 12/19/2022 | 24,700 | $0.9000 | | $22,230.00 |
| 12/19/2022 | 100 | $0.9000 | | $90.00 |
| 12/19/2022 | 100 | $0.9000 | | $90.00 |
| 12/19/2022 | 10 | $0.9000 | | $9.00 |
| 12/19/2022 | 100 | $0.9000 | | $90.00 |
| 12/19/2022 | 100 | $0.9000 | | $90.00 |
| 12/19/2022 | 772 | $0.9000 | | $694.80 |
| 12/19/2022 | 1,100 | $0.9000 | | $990.00 |
| 12/19/2022 | 300 | $0.9000 | | $270.00 |
| 12/19/2022 | 200 | $0.9000 | | $180.00 |
| 12/19/2022 | 2,000 | $0.9000 | | $1,800.00 |
| 12/19/2022 | 50 | $0.9000 | | $45.00 |
| 12/19/2022 | 100 | $0.9000 | | $90.00 |
| 12/19/2022 | 1,000 | $0.9000 | | $900.00 |
| 12/19/2022 | 9,500 | $0.9000 | | $8,550.00 |
| 12/19/2022 | 10,000 | $0.9000 | | $9,000.00 |
| 12/19/2022 | 1,600 | $0.9000 | | $1,440.00 |
| 12/19/2022 | 100 | $0.9000 | | $90.00 |
| 12/19/2022 | 600 | $0.9000 | | $540.00 |
| 12/19/2022 | 200 | $0.9000 | | $180.00 |
| 12/19/2022 | 2,500 | $0.9000 | | $2,250.00 |
| 12/19/2022 | 200 | $0.9000 | | $180.00 |
| 12/19/2022 | 1 | $0.9000 | | $0.90 |
| 12/19/2022 | 600 | $0.9000 | | $540.00 |
| 12/19/2022 | 100 | $0.9000 | | $90.00 |
| 12/19/2022 | 100 | $0.9000 | | $90.00 |
| 12/19/2022 | 100 | $0.9000 | | $90.00 |
| 12/19/2022 | 100 | $0.9000 | | $90.00 |
| 12/19/2022 | 400 | $0.9000 | | $360.00 |
| 12/19/2022 | 496 | $0.9000 | | $446.40 |
| 12/19/2022 | 100 | $0.9000 | | $90.00 |
| 12/19/2022 | 66 | $0.9000 | | $59.40 |
| 12/19/2022 | 15 | $0.9000 | | $13.50 |
| 12/19/2022 | 700 | $0.9000 | | $630.00 |
| 12/19/2022 | 1,080 | $0.9000 | | $972.00 |
| 12/19/2022 | 300 | $0.9000 | | $270.00 |
| 12/19/2022 | 500 | $0.9000 | | $450.00 |
| 12/19/2022 | 700 | $0.9000 | | $630.00 |
| 12/19/2022 | 200 | $0.9000 | | $180.00 |
| 12/19/2022 | 500 | $0.9000 | | $450.00 |
| 12/19/2022 | 100 | $0.9000 | | $90.00 |
| 12/19/2022 | 700 | $0.9000 | | $630.00 |
| 12/19/2022 | 800 | $0.9000 | | $720.00 |
| 12/19/2022 | 200 | $0.9000 | | $180.00 |
| 12/19/2022 | 600 | $0.9000 | | $540.00 |
| 12/19/2022 | 700 | $0.9000 | | $630.00 |
| 12/19/2022 | 1,320 | $0.9000 | | $1,188.00 |
| 12/19/2022 | 100 | $0.9000 | | $90.00 |
| 12/19/2022 | 700 | $0.9000 | | $630.00 |
| 12/19/2022 | 800 | $0.9000 | | $720.00 |
| 12/19/2022 | 800 | $0.9000 | | $720.00 |
| 12/19/2022 | 600 | $0.9000 | | $540.00 |
| 12/19/2022 | 5 | $0.9000 | | $4.50 |
| 12/19/2022 | 80 | $0.9000 | | $72.00 |
| 12/19/2022 | 100 | $0.9000 | | $90.00 |
| 12/19/2022 | 100 | $0.9000 | | $90.00 |
| 12/19/2022 | 100 | $0.9000 | | $90.00 |
| 12/19/2022 | 100 | $0.9000 | | $90.00 |
| 12/19/2022 | 100 | $0.9000 | | $90.00 |
| 12/19/2022 | 200 | $0.9000 | | $180.00 |
| 12/19/2022 | 1,700 | $0.9000 | | $1,530.00 |
| 12/19/2022 | 100 | $0.9000 | | $90.00 |
| 12/19/2022 | 100 | $0.9000 | | $90.00 |
| 12/19/2022 | 1,700 | $0.9000 | | $1,530.00 |
| 12/19/2022 | 100 | $0.9000 | | $90.00 |

| | | | |
|---|---|---|---|
| | * 12/19/2022 | 4,900 | $0.9000 | $4,410.00 |
| | * 12/19/2022 | 1,000 | $0.9000 | $900.00 |
| | * 12/19/2022 | 160,256 | $0.9000 | $144,230.40 |

*On 12/19/22 movant actually sold 250,000 shares at $0.14 and $0.15.  However, under the PSLRA's loss limitation, 15 U.S.C. § 78u-4(e)(2), Movant's losses are calculated by using the mean trading price of AVYA between 11/30/22 and 12/19/22, $0.90.*

**Total Shares Acquired in CP** 250,000    **Total Amt. Paid in CP** $427,314.00    **Total Shares Sold in CP** 0    **Total Amt. Sold in CP** $0.00

**Post CP Shares Sold** 250,000    **Post CP Amount Sold** $225,000.00

**Total Shares Sold to Current** 250,000    **Total Amt. Sold to Current** $225,000.00 ALTERNATIVE

**Actual Net Shares Acquired in CP** 250,000 (CP Retained Shares)

**Net Amount Paid  in CP** $427,314.00

**Net Amount Paid in CP Minus Sold to Current Date** $202,314.00 ALTERNATIVE

**Calculation Using 90-Day Lookback**

**Net Shares Acquired in CP (CP Retained Shares)** 250,000 Automatically 0 if Negative

**Net  Shares Acquired During Class Period Held to Current Date** 0 Automatically 0 if Negative (ALTERNATIVE)

**90-Day Mean Share Price after last Day of CP** $0.37

**Value of Net Shares Acquired in CP Using 90-Day Mean Share Price** $92,996.03

**Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price** $0.00 ALTERNATIVE

**Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price** $427,314.00 ALTERNATIVE

**Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price)** $334,317.97

**Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP)** $202,314.00 ALTERNATIVE

**Loss Analysis for Paul Sweatt - Avaya Holdings Corp. (AVYA)**
**Class Period 10/03/19 - 11/29/22**
**TD Ameritrade**

| | Date | Shares | PURCHASES Share Price | Amount Paid | | Date | Shares | SALES Share Price | Amount Received |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Held | | | | | | | | | |
| Class Period | 09/02/22 | 80,000 | $1.9200 | $153,600.00 | | | | | |
| Purchases | 09/02/22 | 40,000 | $1.8600 | $74,400.00 | | | | | |
| | 09/06/22 | 30,000 | $1.7600 | $52,800.00 | | | | | |
| | 10/18/22 | 20,000 | $1.3400 | $26,800.00 | | | | | |
| Post Class | | | | | Post Class | * 12/19/2022 | 100 | $0.9000 | $90.00 |
| Purchases | | | | | Sales | * 12/19/2022 | 14,500 | $0.9000 | $13,050.00 |
| | | | | | | * 12/19/2022 | 5,300 | $0.9000 | $4,770.00 |
| | | | | | | * 12/19/2022 | 1 | $0.9000 | $0.90 |
| | | | | | | * 12/19/2022 | 700 | $0.9000 | $630.00 |
| | | | | | | * 12/19/2022 | 12,099 | $0.9000 | $10,889.10 |
| | | | | | | * 12/19/2022 | 137,300 | $0.9000 | $123,570.00 |

*On 12/19/22 movant actually sold 170,000 shares at $0.15.  However, under the PSLRA's loss limitation, 15 U.S.C. § 78u-4(e)(2), Movant's losses are calculated by using the mean trading price of AVYA between 11/30/22 and 12/19/22, $0.90.*

| | | | | |
|---|---|---|---|---|
| Total Shares Acquired in CP | 170,000 | Total Amt. Paid in CP | $307,600.00 | Total Shares Sold in CP | 0 | Total Amt. Sold in CP | $0.00 |

Post CP Shares Sold 170,000    Post CP Amount Sold $153,000.00

Total Shares Sold to Current 170,000    Total Amt. Sold to Current $153,000.00 ALTERNATIVE

Actual Net Shares Acquired in CP 170,000 (CP Retained Shares)

Net Amount Paid in CP $307,600.00
Net Amount Paid in CP Minus Sold to Current Date $154,600.00 ALTERNATIVE

**Calculation Using 90-Day Lookback**
Net Shares Acquired in CP (CP Retained Shares) 170,000 Automatically 0 if Negative
Net Shares Acquired During Class Period Held to Current Date 0 Automatically 0 if Negative (ALTERNATIVE)

90-Day Mean Share Price after last Day of CP $0.37

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price $63,237.30
Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price $0.00 ALTERNATIVE
Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price $307,600.00 ALTERNATIVE

Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price) $244,362.70
Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP) $154,600.00 ALTERNATIVE

**Loss Analysis for Paul Sweatt - Avaya Holdings Corp. (AVYA)**
**Class Period 10/03/19 - 11/29/22**
**TD Ameritrade IRA**

| | | **PURCHASES** | | | | | **SALES** | |
|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | Date | Shares | Share Price | Amount Received |
| Pre-Class Held | | | | | | | | |
| Class Period Purchases | 08/10/22 | 18,000 | $0.6400 | $11,520.00 | 08/22/22 | 30,000 | $0.9600 | $28,800.00 |
| | 08/10/22 | 6,500 | $0.6398 | $4,158.70 | 08/23/22 | 6,000 | $0.8732 | $5,239.20 |
| | 08/10/22 | 1,500 | $0.6700 | $1,005.00 | 08/23/22 | 3,900 | $0.8702 | $3,393.78 |
| | 08/11/22 | 10,000 | $0.7100 | $7,100.00 | 08/23/22 | 100 | $0.8701 | $87.01 |
| | 08/11/22 | 4,000 | $0.6850 | $2,740.00 | 08/23/22 | 600 | $0.8800 | $528.00 |
| | 08/12/22 | 10,000 | $0.6840 | $6,840.00 | 08/23/22 | 100 | $0.8797 | $87.97 |
| | 08/12/22 | 10,000 | $0.6758 | $6,758.00 | 08/23/22 | 100 | $0.8773 | $87.73 |
| | 08/12/22 | 10,000 | $0.6567 | $6,567.00 | 08/23/22 | 881 | $0.8772 | $772.81 |
| | 08/15/22 | 5,000 | $0.6895 | $3,447.50 | 08/23/22 | 100 | $0.8769 | $87.69 |
| | 08/18/22 | 3,000 | $0.6300 | $1,890.00 | 08/23/22 | 1,704 | $0.8757 | $1,492.19 |
| | 08/19/22 | 4,283 | $0.7090 | $3,036.65 | 08/23/22 | 850 | $0.8755 | $744.18 |
| | 08/19/22 | 1,717 | $0.7080 | $1,215.64 | 08/23/22 | 1,000 | $0.8750 | $875.00 |
| | 08/19/22 | 6,000 | $0.7070 | $4,242.00 | 08/23/22 | 600 | $0.8745 | $524.70 |
| | 08/19/22 | 10,000 | $0.6850 | $6,850.00 | 08/23/22 | 1,077 | $0.8712 | $938.28 |
| | 08/22/22 | 20,000 | $0.7900 | $15,800.00 | 08/23/22 | 2,988 | $0.8710 | $2,602.55 |
| | 08/23/22 | 10,000 | $0.9100 | $9,100.00 | 08/24/22 | 20,000 | $1.0400 | $20,800.00 |
| | 08/23/22 | 10,000 | $1.0499 | $10,499.00 | 08/24/22 | 20,000 | $1.1200 | $22,400.00 |
| | 08/23/22 | 10,000 | $0.9400 | $9,400.00 | 08/24/22 | 10,000 | $1.2400 | $12,400.00 |
| | 08/24/22 | 10,000 | $0.9800 | $9,800.00 | 08/24/22 | 10,000 | $1.2900 | $12,900.00 |
| | 08/25/22 | 20,000 | $1.2400 | $24,800.00 | 08/24/22 | 10,000 | $1.2200 | $12,200.00 |
| | 08/25/22 | 20,000 | $1.4600 | $29,200.00 | 08/25/22 | 10,000 | $1.4600 | $14,600.00 |
| | 08/25/22 | 10,000 | $1.4500 | $14,500.00 | 08/25/22 | 20,000 | $1.4900 | $29,800.00 |
| | 08/25/22 | 9,800 | $1.5800 | $15,484.00 | 08/25/22 | 30,000 | $1.5900 | $47,700.00 |
| | 08/25/22 | 200 | $1.5750 | $315.00 | | | | |
| | 08/25/22 | 10,000 | $1.5300 | $15,300.00 | | | | |
| | 08/25/22 | 10,000 | $1.4900 | $14,900.00 | | | | |
| | 08/26/22 | 19,900 | $1.4095 | $28,049.05 | | | | |
| | 08/26/22 | 100 | $1.4050 | $140.50 | | | | |
| | 08/26/22 | 13,300 | $1.4100 | $18,753.00 | | | | |
| | 08/26/22 | 6,700 | $1.4099 | $9,446.33 | | | | |
| | 08/29/22 | 10,000 | $1.3600 | $13,600.00 | | | | |
| | 08/29/22 | 10,000 | $1.4000 | $14,000.00 | | | | |
| | 09/22/22 | 10,000 | $1.6900 | $16,900.00 | | | | |
| | 10/18/22 | 6,146 | $1.3600 | $8,358.56 | | | | |
| | 10/18/22 | 3,000 | $1.3599 | $4,079.70 | | | | |
| | 10/18/22 | 3,000 | $1.3598 | $4,079.40 | | | | |
| | 10/18/22 | 7,854 | $1.3595 | $10,677.51 | | | | |
| Post Class Purchases | | | | | Post Class Sales | * 12/19/2022 | 2,900 | $0.9000 | $2,610.00 |
| | | | | | * 12/19/2022 | 5,100 | $0.9000 | $4,590.00 |
| | | | | | * 12/19/2022 | 22,195 | $0.9000 | $19,975.50 |
| | | | | | * 12/19/2022 | 5,500 | $0.9000 | $4,950.00 |
| | | | | | * 12/19/2022 | 114,305 | $0.9000 | $102,874.50 |

*\* On 12/19/22 movant actually sold 2,900 shares at $0.1604, 27,295 shares at $0.16, 5,500 at $0.1501, and 114,305 shares at $0.15. However, under the PSLRA's loss limitation, 15 U.S.C. § 78u-4(e)(2), Movant's losses are calculated by using the mean trading price of AVYA between 11/30/22 and 12/19/22, $0.90.*

| | | | | | |
|---|---|---|---|---|---|
| Total Shares Acquired in CP | 150,000 | Total Amt. Paid in CP | $217,783.05 | Total Shares Sold in CP | 0 | Total Amt. Sold in CP | $0.00 |
| | | | | Post CP Shares Sold | 150,000 | Post CP Amount Sold | $135,000.00 |
| | | | | Total Shares Sold to Current | 150,000 | Total Amt. Sold to Current | $135,000.00 ALTERNATIVE |

Actual Net Shares Acquired in CP | 150,000 (CP Retained Shares)

Net Amount Paid in CP | $217,783.05
Net Amount Paid in CP Minus Sold to Current Date | $82,783.05 ALTERNATIVE

**Calculation Using 90-Day Lookback**
Net Shares Acquired in CP (CP Retained Shares) | 150,000 Automatically 0 if Negative
Net Shares Acquired During Class Period Held to Current Date | 0 Automatically 0 if Negative (ALTERNATIVE)

90-Day Mean Share Price after last Day of CP | $0.37

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price | $55,797.62
Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price | $0.00 ALTERNATIVE
Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price | $217,783.05 ALTERNATIVE

Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price) | $161,985.43

Net Loss (Net Amount Paid in CF Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post-CP)   $82,763.05 ALTERNATIVE

**Loss Analysis for PaulSweatt - Avaya Holdings Corp. (AVYA)**
**Class Period 10/03/19 - 11/29/22**
**Fidelity**

| | | **PURCHASES** | | | | | **SALES** | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | Amount Received |
| Pre-Class Held | | | | | | | | | |
| Class Period | 09/20/22 | 50,000 | $1.8600 | $93,000.00 | | | | | |
| Purchases | 10/13/22 | 25,000 | $1.1200 | $28,000.00 | | | | | |
| | 10/18/22 | 5,000 | $1.3400 | $6,700.00 | | | | | |
| Post Class | | | | | Post Class | * 12/19/2022 | 100 | $0.9000 | $90.00 |
| Purchases | | | | | Sales | * 12/19/2022 | 200 | $0.9000 | $180.00 |
| | | | | | | * 12/19/2022 | 200 | $0.9000 | $180.00 |
| | | | | | | * 12/19/2022 | 400 | $0.9000 | $360.00 |
| | | | | | | * 12/19/2022 | 600 | $0.9000 | $540.00 |
| | | | | | | * 12/19/2022 | 700 | $0.9000 | $630.00 |
| | | | | | | * 12/19/2022 | 2,406 | $0.9000 | $2,165.40 |
| | | | | | | * 12/19/2022 | 3,400 | $0.9000 | $3,060.00 |
| | | | | | | * 12/19/2022 | 5,474 | $0.9000 | $4,926.60 |
| | | | | | | * 12/19/2022 | 11,120 | $0.9000 | $10,008.00 |
| | | | | | | * 12/19/2022 | 25,400 | $0.9000 | $22,860.00 |

*On 12/19/22 movant actually sold 50,000 shares at $0.15.  However, under the PSLRA's loss limitation, 15 U.S.C. § 78u-4(e)(2), Movant's losses are calculated by using the mean trading price of AVYA between 11/30/22 and 12/19/22, $0.90.*

| | | | | |
|---|---|---|---|---|
| Total Shares Acquired in CP | 80,000 | Total Amt. Paid in CP | $127,700.00 | Total Shares Sold in CP | 0 | Total Amt. Sold in CP | $0.00 |

Total Shares Sold in CP: 0   Total Amt. Sold in CP: $0.00
Post CP Shares Sold: 50,000   Post CP Amount Sold: $45,000.00
Total Shares Sold to Current: 50,000   Total Amt. Sold to Current: $45,000.00 ALTERNATIVE

Actual Net Shares Acquired in CP: 80,000 (CP Retained Shares)

Net Amount Paid  in CP: $127,700.00
Net Amount Paid in CP Minus Sold to Current Date: $82,700.00 ALTERNATIVE

**Calculation Using 90-Day Lookback**
Net Shares Acquired in CP (CP Retained Shares): 80,000 Automatically 0 if Negative
Net  Shares Acquired During Class Period Held to Current Date: 30,000 Automatically 0 if Negative (ALTERNATIVE)

90-Day Mean Share Price after last Day of CP: $0.37

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price: $29,758.73
Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price: $11,159.52 ALTERNATIVE
Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price: $116,540.48 ALTERNATIVE

Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price): $97,941.27
Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP): $71,540.48 ALTERNATIVE

Loss Analysis for Paul Sweatt - Avaya Holdings Corp. (AVYAp)
Class Period 10/03/19 - 11/29/22
09/16/2022 2.00 C

| | Date | Shares | **P U R C H A S E S**<br>Share Price | | Amount Paid | | Date | Shares | **S A L E S**<br>Share Price | | Amount Received |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Held | | | | | | | | | | | |
| Class Period | 09/08/22 | 1,000 | $0.3000 | | $30,000.00 | | | | | | |
| Purchases | | | | | | | | | | | |
| | | | | | | | | | | | |
| Post Class | | | | | | Post Class | | | | | |
| Purchases | | | | | | Sales | | | | | |
| | | | | | | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Total Shares Acquired in CP | 1,000 | | Total Amt. Paid in CP | $30,000.00 | Total Shares Sold in CP | 0 | Total Amt. Sold in CP | $0.00 |
| | | | | | Post CP Shares Sold | 0 | Post CP Amount Sold | $0.00 |
| | | | | | Total Shares Sold to Current | 0 | Total Amt. Sold to Current | $0.00 ALTERNATIVE |

| | | | |
|---|---|---|---|
| Actual Net Shares Acquired in CP | 1,000 | (CP Retained Shares) | |
| | | Net Amount Paid in CP | $30,000.00 |
| | | Net Amount Paid in CP Minus Sold to Current Date | $30,000.00 ALTERNATIVE |

**Calculation Using 90-Day Lookback**

| | | |
|---|---|---|
| Net Shares Acquired in CP (CP Retained Shares) | 1,000 | Automatically 0 if Negative |
| Net  Shares Acquired During Class Period Held to Current Date | 1,000 | Automatically 0 if Negative (ALTERNATIVE) |

| | |
|---|---|
| 90-Day Mean Share Price after last Day of CP | $0.37 |
| Value of Net Shares Acquired in CP Using 90-Day Mean Share Price | $371.98 |
| Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price | $371.98 ALTERNATIVE |
| Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price | $29,628.02 ALTERNATIVE |

| | |
|---|---|
| Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price) | $29,628.02 |
| Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP) | $29,628.02 ALTERNATIVE |

Loss Analysis for Paul Sweatt / Avaya Holdings Corp. (AVYAr)
Class Period 10/03/19 - 11/29/22
11/18/2022 2.00 C

| | | **PURCHASES** | | | | **SALES** | | | |
| | Date | Shares | Share Price | Amount Paid | Date | Shares | Share Price | Amount Received |
| Pre-Class Held | | | | | | | | |
| Class Period | 10/31/22 | 18 | $0.1500 | $270.00 | | | | |
| Purchases | 10/31/22 | 4 | $0.1500 | $60.00 | | | | |
| | 10/31/22 | 25 | $0.1500 | $375.00 | | | | |
| | 10/31/22 | 20 | $0.1500 | $300.00 | | | | |
| | 10/31/22 | 18 | $0.1500 | $270.00 | | | | |
| | 10/31/22 | 30 | $0.1400 | $420.00 | | | | |
| | 10/31/22 | 30 | $0.1500 | $450.00 | | | | |
| | 10/31/22 | 6 | $0.1500 | $90.00 | | | | |
| | 10/31/22 | 3 | $0.1500 | $45.00 | | | | |
| | 10/31/22 | 2 | $0.1500 | $30.00 | | | | |
| | 10/31/22 | 1 | $0.1500 | $15.00 | | | | |
| | 10/31/22 | 1 | $0.1500 | $15.00 | | | | |
| | 10/31/22 | 10 | $0.1500 | $150.00 | | | | |
| | 10/31/22 | 12 | $0.1500 | $180.00 | | | | |
| | 10/31/22 | 26 | $0.1500 | $390.00 | | | | |
| | 10/31/22 | 75 | $0.1500 | $1,125.00 | | | | |
| | 10/31/22 | 32 | $0.1500 | $480.00 | | | | |
| | 10/31/22 | 30 | $0.1500 | $450.00 | | | | |
| | 10/31/22 | 10 | $0.1500 | $150.00 | | | | |
| | 10/31/22 | 17 | $0.1500 | $255.00 | | | | |
| | 10/31/22 | 37 | $0.1500 | $555.00 | | | | |
| | 10/31/22 | 36 | $0.1500 | $540.00 | | | | |
| | 10/31/22 | 1 | $0.1100 | $11.00 | | | | |
| | 10/31/22 | 10 | $0.1400 | $140.00 | | | | |
| | 10/31/22 | 31 | $0.1500 | $465.00 | | | | |
| | 10/31/22 | 33 | $0.1500 | $495.00 | | | | |
| | 10/31/22 | 13 | $0.1500 | $195.00 | | | | |
| | 10/31/22 | 18 | $0.1500 | $270.00 | | | | |
| | 10/31/22 | 1 | $0.1500 | $15.00 | | | | |
| | 10/31/22 | 36 | $0.1500 | $540.00 | | | | |
| | 10/31/22 | 1 | $0.1500 | $15.00 | | | | |
| | 10/31/22 | 25 | $0.1500 | $375.00 | | | | |
| | 10/31/22 | 31 | $0.1500 | $465.00 | | | | |
| | 10/31/22 | 17 | $0.1500 | $255.00 | | | | |
| | 10/31/22 | 3 | $0.1500 | $45.00 | | | | |
| | 10/31/22 | 140 | $0.1500 | $2,100.00 | | | | |
| | 10/31/22 | 77 | $0.1500 | $1,155.00 | | | | |
| | 10/31/22 | 21 | $0.1500 | $315.00 | | | | |
| | 10/31/22 | 114 | $0.1500 | $1,710.00 | | | | |
| | 10/31/22 | 17 | $0.1500 | $255.00 | | | | |
| | 10/31/22 | 19 | $0.1500 | $285.00 | | | | |
| | 10/31/22 | 10 | $0.1500 | $150.00 | | | | |
| | 10/31/22 | 39 | $0.1500 | $585.00 | | | | |
| | 10/31/22 | 21 | $0.1500 | $315.00 | | | | |
| | 10/31/22 | 20 | $0.1500 | $300.00 | | | | |
| | 10/31/22 | 18 | $0.1500 | $270.00 | | | | |
| | 10/31/22 | 11 | $0.1500 | $165.00 | | | | |
| | 10/31/22 | 57 | $0.1500 | $855.00 | | | | |
| | 10/31/22 | 9 | $0.1500 | $135.00 | | | | |
| | 10/31/22 | 14 | $0.1500 | $210.00 | | | | |
| Post Class | | | | | Post Class | | | |
| Purchases | | | | | Sales | | | |

| | | | | | |
|---|---|---|---|---|---|
| Total Shares Acquired in CP | 1,250 | Total Amt. Paid in CP | $18,706.00 | Total Shares Sold in CP | 0 | Total Amt. Sold in CP | $0.00 |

Post CP Shares Sold | 0 | Post CP Amount Sold | $0.00

Total Shares Sold to Current | 0 | Total Amt. Sold to Current | $0.00 ALTERNATIVE

Actual Net Shares Acquired in CP | 1,250 | (CP Retained Shares)

Net Amount Paid  in CP | $18,706.00

Net Amount Paid in CP Minus Sold to Current Date | $18,706.00 ALTERNATIVE

**Calculation Using 90-Day Lookback**

Net Shares Acquired in CP (CP Retained Shares) | 1,250 | Automatically 0 if Negative

Net  Shares Acquired During Class Period Held to Current Date | 1,250 | Automatically 0 if Negative (ALTERNATIVE)

| | |
|---|---|
| 90-Day Mean Share Price after last Day of CP | $0.37 |

| | | |
|---|---|---|
| Value of Net Shares Acquired in CP Using 90-Day Mean Share Price | $464.98 | |
| Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price | $464.98 | ALTERNATIVE |
| Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price | $18,241.02 | ALTERNATIVE |

| | | |
|---|---|---|
| Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price) | $18,241.02 | |
| Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP) | $18,241.02 | ALTERNATIVE |