# Exhibit B

**Loss Analysis for City of Pittsburgh Comprehensive Municipal Pension Trust Fund - Avaya Holdings Corp. (AVYA)**
*Fletcher* **Class Period 11/22/21 - 11/29/22**

| | PURCHASES | | | | | SALES | | |
|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | Amount Received |
| **Pre-Class Held** | | | | | | | | | |
| **Class Period** | ~~01/11/21~~ | ~~29,000~~ | ~~$20.7000~~ | ~~$600,300.00~~ | | ~~06/27/22~~ | ~~42,350~~ | ~~$2.9300~~ | ~~$124,085.50~~ |
| **Purchases** | ~~08/06/21~~ | ~~6,100~~ | ~~$22.7500~~ | ~~$138,775.00~~ | | 06/27/22 | 17,200 | $2.9300 | $50,396.00 |
| | ~~08/10/21~~ | ~~2,350~~ | ~~$21.3500~~ | ~~$50,172.50~~ | | | | | |
| | ~~09/16/21~~ | ~~4,900~~ | ~~$18.8400~~ | ~~$92,316.00~~ | | | | | |
| | 11/23/21 | 5,000 | $21.0300 | $105,150.00 | | | | | |
| | 12/03/21 | 2,000 | $18.7000 | $37,400.00 | | | | | |
| | 01/24/22 | 5,200 | $17.3800 | $90,376.00 | | | | | |
| | 02/09/22 | 5,000 | $15.4000 | $77,000.00 | | | | | |
| **Post Class Purchases** | | | | | **Post Class Sales** | | | | |

| | | | | |
|---|---|---|---|---|
| **Total Shares Acquired in CP** | 17,200 | **Total Amt. Paid in CP** | $309,926.00 | |
| | | **Total Shares Sold in CP** | 17,200 | **Total Amt. Sold in CP** $50,396.00 |
| | | **Post CP Shares Sold** | 0 | **Post CP Amount Sold** $0.00 |
| | | **Total Shares Sold to Current** | 59,550 | **Total Amt. Sold to Current** $174,481.50 **ALTERNATIVE** |
| **Actual Net Shares Acquired in CP** | - | **(CP Retained Shares)** | | |
| | | | **Net Amount Paid in CP** | $259,530.00 |
| | | | **Net Amount Paid in CP Minus Sold to Current Date** | $135,444.50 **ALTERNATIVE** |

**Calculation Using 90-Day Lookback**

| | | |
|---|---|---|
| **Net Shares Acquired in CP (CP Retained Shares)** | 0 | Automatically 0 if Negative |
| **Net Shares Acquired During Class Period Held to Current Date** | 0 | Automatically 0 if Negative (ALTERNATIVE) |
| **90-Day Mean Share Price after last Day of CP** | $0.37 | |
| **Value of Net Shares Acquired in CP Using 90-Day Mean Share Price** | $0.00 | |
| **Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price** | $0.00 | **ALTERNATIVE** |
| **Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price** | $259,530.00 | **ALTERNATIVE** |
| **Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price)** | $259,530.00 | |
| **Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP)** | $259,530.00 | **ALTERNATIVE** |