UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| | x | |
| OLIVER JIANG, Individually and on Behalf of All Others Similarly Situated, | : : : | Civil Action No. 1:23-cv-01258-PGG |
| | : | CLASS ACTION |
| Plaintiff, | : : | |
| vs. | : : : | |
| JAMES M. CHIRICO, JR. and KIERAN J. McGRATH, | : : : | |
| Defendants. | : : : | |
| | x | |

**NOTICE OF MOTION TO MODIFY THE PSLRA DISCOVERY STAY**

PLEASE TAKE NOTICE that Plaintiff Oliver Jiang and lead plaintiff movant City of Pittsburgh Comprehensive Municipal Pension Trust Fund (collectively, "Plaintiffs"), by and through their undersigned attorneys, hereby respectfully move this Court before the Honorable Paul G. Gardephe, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, for an Order granting Plaintiffs' Motion to Modify the PSLRA Discovery Stay. In support of this motion, Plaintiffs respectfully submit the accompanying Memorandum of Law, the Declaration of Alan I. Ellman and the exhibits thereto, and the [Proposed] Order Granting Plaintiffs' Motion to Modify the PSLRA Discovery Stay.

DATED:  February 2, 2024

ROBBINS GELLER RUDMAN
 & DOWD LLP
SAMUEL H. RUDMAN
ALAN I. ELLMAN

/s/ Alan I. Ellman
ALAN I. ELLMAN

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
aellman@rgrdlaw.com

*Counsel for Plaintiff and Proposed Lead Counsel*
*for Proposed Lead Plaintiff*

CERTIFICATE OF SERVICE

I, Magdalene Economou, hereby certify that on February 2, 2024, I caused a true and correct copy of the foregoing document to be served on all counsel of record by providing them with copies via electronic mail.

*/s/ Magdalene Economou*
MAGDALENE ECONOMOU

ROBBINS GELLER RUDMAN
 & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
meconomou@rgrdlaw.com
