UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————— x

OLIVER JIANG, Individually and on Behalf     :     Civil Action No. 1:23-cv-01258-PGG
of All Others Similarly Situated,
                                             :     CLASS ACTION
                                             :
                    Plaintiff,               :
                                             :
                                             :
      vs.                                    :
                                             :
JAMES M. CHIRICO, JR. and KIERAN J.          :
McGRATH,                                     :
                                             :
                    Defendants.              :
                                             :
——————————————————————— x

**DECLARATION OF ALAN I. ELLMAN IN SUPPORT OF
PLAINTIFFS' MOTION TO MODIFY THE PSLRA DISCOVERY STAY**

I, Alan I. Ellman, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1.      I am a partner with the law firm of Robbins Geller Rudman & Dowd LLP, attorneys for Plaintiff Oliver Jiang and lead plaintiff movant City of Pittsburgh Comprehensive Municipal Pension Trust Fund ("Plaintiffs").  I respectfully submit this declaration in support of Plaintiffs' Motion to Modify the PSLRA Discovery Stay.

2.      Attached as Exhibit A is a true and correct copy of the complaint filed in the action captioned *Brigade Cavalry Fund Ltd. v. James M. Chirico, Jr.*, No. 23CV031948-590 (N.C. Super. Ct. Mecklenburg Cnty. Oct. 26, 2023) ("*Brigade*").

3.      Attached as Exhibit B is a true and correct copy of the complaint filed in the action captioned *ALCOF III NUBT, L.P. v. James M. Chirico, Jr.*, No. 23CV031985-590 (N.C. Super. Ct. Mecklenburg Cnty. Oct. 26, 2023) ("*ALCOF*").

4.      Attached as Exhibit C is a true and correct copy of the verified statement of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for the ad hoc groups in the *ALCOF* action,

which was filed in *In re: Avaya Inc.*, No. 4:23-bk-90088 (MI) (Bankr. S.D. Tex.) (the "Bankruptcy Case").

5.　　Attached as Exhibit D is a true and correct copy of the verified statement of Akin Gump Strauss Hauer & Feld LLP, counsel for the ad hoc group in the *Brigade* action, which was filed in the Bankruptcy Case.

6.　　Attached as Exhibit E is a true and correct copy of the Avaya Inc. Governance Term Sheet, which was filed in the Bankruptcy Case.

7.　　Attached as Exhibit F is a true and correct copy of the Members of the New Board, which was filed in the Bankruptcy Case.

8.　　Attached as Exhibit G is a true and correct copy of the Summons with Notice filed on February 1, 2023 in the action captioned *A6 Capital Management LP et. al v. James M. Chirico, Jr. et. al*, No. 650626/2023 (Sup. Ct. N.Y. Cnty. Feb. 1, 2023) (the "*A6* Action").

1.　　Attached as Exhibit H is a true and correct copy of the Amended Notice of Discontinuance filed on May 3, 2023 in the *A6* Action.

Dated: February 2, 2024

*/s/ Alan I. Ellman*  
ALAN I. ELLMAN

2

<u>CERTIFICATE OF SERVICE</u>

I, Magdalene Economou, hereby certify that on February 2, 2024, I caused a true and correct copy of the foregoing document to be served on all counsel of record by providing them with copies via electronic mail.

*/s/ Magdalene Economou*
MAGDALENE ECONOMOU

ROBBINS GELLER RUDMAN
   & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
meconomou@rgrdlaw.com