# EXHIBIT C

Docket #252 Date Filed: 3/1/2023

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| AVAYA INC., *et al.*, | § | Case No. 23-90088 (DRJ) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |

## VERIFIED STATEMENT PURSUANT TO
## BANKRUPTCY RULE 2019 OF THE PAUL, WEISS AD HOC GROUP

In connection with the chapter 11 cases (the "Chapter 11 Cases") commenced by Avaya Inc. ("Avaya") and its affiliated debtors (the "Debtors") on February 14, 2023 (the "Petition Date"), pursuant to rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rule 2019"), Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss") and Gray Reed & McGraw LLP ("Gray Reed", and together with Paul, Weiss, "Counsel") hereby submit this verified statement (this "Verified Statement") with respect to Counsel's representation of an ad hoc group of first lien lenders (the "Paul, Weiss Ad Hoc Group") formed by certain unaffiliated holders (each, a "Member") of the Debtors' (i) loans ("Term Loans") under that certain Term Loan Credit Agreement (the "Term Loan Credit Agreement"), dated as of December 15, 2017 (as amended by Amendment No. 1, dated as of June 18, 2018, Amendment No. 2, dated as of September 25, 2020, Amendment No. 3, dated as of February 24, 2021, Amendment No. 4 dated as of July 12, 2022, and as further amended from time), among Avaya, as borrower, Goldman Sachs Bank USA, as administrative agent and collateral agent, the subsidiary guarantors party thereto, and each lender from time to time party thereto, consisting of Tranche B-1 Term

---

[1] A complete listing of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://www.kccllc.net/avaya. The location of Debtor Avaya Inc.'s principal place of business and the Debtors' services address in these Chapter 11 Cases is 350 Mount Kemble Avenue, Morristown, New Jersey 07960.

4855-0230-4340.1



2390088230301000000000011

Loans, Tranche B-2 Term Loans, and Tranche B-3 Term Loans (each as defined under the Term Loan Credit Agreement), (ii) (A) the 6.125% Senior First Lien Notes due 2028 (the "Legacy Notes") issued under that certain Indenture, dated as of September 25, 2020, by and among Avaya, as Issuer, Avaya Holdings Corp. ("Avaya Holdings"), as Guarantor, the subsidiary guarantors parties thereto, and Wilmington Trust, National Association ("Wilmington Trust"), as Trustee and Notes Collateral Agent, (B) the 8.00% Exchangeable Senior Secured Notes due 2027 (the "Secured Exchangeable Notes"), issued under that certain Indenture, dated as of July 12, 2022, by and among Avaya, as Issuer, Avaya Holdings, as Guarantor, the subsidiary guarantors parties thereto, and Wilmington Trust, as Trustee, Exchange Agent, and Notes Collateral Agent, and (C) the 2.25% Convertible Senior Notes due 2023 (the "HoldCo Convertible Notes"), issued under that certain Indenture, dated as of June 11, 2018, by and among Avaya Holdings, as Issuer, and the Bank of New York Mellon Trust Company, N.A., as Trustee, and (iv) commitments for fundings under the term loan facility (the "DIP TL Commitments") under that certain Superpriority Secured Debtor-In-Possession Credit Agreement, entered into among certain of the Debtors, as borrowers, Wilmington Savings Fund Society, FSB, as administrative agent and collateral agent, and lenders party thereto from time to time, and in support hereof respectfully state as follows:

1. In August 2022, the Paul, Weiss Ad Hoc Group retained Paul, Weiss to represent it as counsel in connection with a potential restructuring of the Debtors. On February 14, 2023, the Paul, Weiss Ad Hoc Group retained Gray Reed to serve as its Texas counsel with respect to such matters.

2. In accordance with Bankruptcy Rule 2019, attached hereto as **Exhibit A** is a list of the names, addresses, and disclosable economic interests as of February 28, 2022, of all the members of the Paul, Weiss Ad Hoc Group. The information set forth herein (including

2

4855-0230-4340.1

**Exhibit A**) is based upon information provided to Counsel by the Members of the Paul, Weiss Ad Hoc Group and is intended only to comply with Bankruptcy Rule 2019.

3.      As of the date of this Verified Statement, Counsel represents only those entities listed on **Exhibit A** in connection with the Chapter 11 Cases.  Counsel does not undertake to represent the interests of, and are not a fiduciary for, any other creditor, party in interest, or other entity.  No member of the Paul, Weiss Ad Hoc Group has or is a party to any agreement to act as a group or in concert with respect to its interests in the Debtors, and each member of the Paul, Weiss Ad Hoc Group has the unrestricted right to act as it chooses in respect of such interests without respect to the actions or interests of any other party.  In addition, neither the Paul, Weiss Ad Hoc Group nor any member of the Paul, Weiss Ad Hoc Group (i) assumed any fiduciary or other duties to any other creditor or person, or (ii) purports to act, represent, or speak on behalf of any other entities in connection with the Chapter 11 Cases.

4.      Nothing contained in this Verified Statement (including **Exhibit A**) is intended to or should be construed as (i) a limitation upon, or waiver of any right to assert, file and/or amend its claims in accordance with applicable law and any orders entered in these Chapter 11 Cases by any member of the Paul, Weiss Ad Hoc Group, or (ii) an admission with respect to any fact or legal theory.

5.      The Paul, Weiss Ad Hoc Group, through its undersigned counsel, reserves the right to amend or supplement this Verified Statement as necessary for that or any other reason in accordance with the requirements set forth in Bankruptcy Rule 2019.

6.      The undersigned verifies that the foregoing is true and correct to the best of their knowledge and that the information contained in **Exhibit A** has been provided by the named entities.

3

4855-0230-4340.1

Respectfully submitted this 1st day of March, 2023.

**GRAY REED**

By: */s/ Jason S. Brookner*
    Jason S. Brookner
    Texas Bar No. 24033684
1300 Post Oak Blvd, Suite 2000
Houston, Texas 77056
Telephone: (713) 986-7000
Facsimile: (713) 986-7100
Email:     jbrookner@grayreed.com

-and-

**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**
    Andrew N. Rosenberg (*pro hac vice* pending)
    Brian Bolin (*pro hac vice* pending)
    Joseph M. Graham (*pro hac vice* pending)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: arosenberg@paulweiss.com
        bbolin@paulweiss.com
        jgraham@paulweiss.com

*Counsel to the Paul, Weiss Ad Hoc Group*

4

5

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on the 1st day of March, 2023, he caused a true and correct copy of the foregoing document to be served via the Court's CM/ECF system.

*/s/ Jason S. Brookner*
Jason S. Brookner

5

4855-0230-4340.1

**EXHIBIT A**[1]

**Disclosable Economic Interests of the Members of the Paul, Weiss Ad Hoc Group**

| Name[2] | Address | DIP TL Commitment | Principal Amount of Tranche B-1 Term Loans | Principal Amount of Prepetition Tranche B-2 Term Loans | Principal Amount of Prepetition Tranche B-3 Term Loans | Principal Amount of Legacy Notes | Principal Amount of Secured Exchangeable Notes | Principal Amount of HoldCo Convertible Notes |
|---|---|---|---|---|---|---|---|---|
| Aegon USA Investment Management LLC, on behalf of certain funds and/or accounts for which it serves as investment manager or adviser | 222 W Adams St, Suite 2050, Chicago, IL 60606 | $24,917,617.17 | $27.595,178.64 | $8,250,000.00 | $1,790,930.80 | $72,212,000.00 | *n/a* | $6,786,000.00 |
| Certain funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised or controlled by Alta Fundamental Advisers LLC | 1500 Broadway Suite 704 New York, NY 10036 | $310,955.95 | *n/a* | *n/a* | $1,790,930.00 | *n/a* | *n/a* | $19,750,000 |
| Funds and accounts under management by Arbour Lane Capital Management, or an affiliate thereto | 700 Canal Street, 4th Floor Stamford, CT 06902 | $746,294.28 | *n/a* | *n/a* | $4,298,233.93 | *n/a* | *n/a* | *n/a* |
| Certain funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised, controlled, or directed by Ares Management LLC, or an affiliate thereof | 2000 Avenue of the Stars 12th Floor Los Angeles, CA 90067 | $28,415,757.69 | $9,234,524.70 | $88,292,610.14 | *n/a* | $51,802,000.00 | *n/a* | *n/a* |
| Bain Capital Credit, LP, and/or a subsidiary, only in its/their capacity as | 200 Clarendon St. Boston, MA 20116 | $5,821,661.77 | $10,227,664.08 | $16,776,987.70 | $3,205,803.87 | *n/a* | *n/a* | *n/a* |

[1] To the best of Counsel's knowledge, the information included herein is accurate as of February 28, 2023. Amounts listed on this **Exhibit A** do not include any claims for, without limitation, fees, expenses, accrued and unpaid interest, premiums, make whole premiums or other similar premiums or indemnification that may be owing under any credit agreement, indenture or other instrument, agreement or document.

[2] Each entity on this **Exhibit A** holds disclosable economic interests, or acts as investment advisor or manager to funds, entities, accounts and/or their respective subsidiaries that hold disclosable economic interests, in relation to the Chapter 11 Cases. In addition, the amounts set forth herein may include, in certain circumstances, disclosable economic interests that are subject to pending trades, assignments, or other transfers that have not settled or otherwise been closed as of the date hereof.

| Name[2] | Address | DIP TL Commitment | Principal Amount of Tranche B-1 Term Loans | Principal Amount of Prepetition Tranche B-2 Term Loans | Principal Amount of Prepetition Tranche B-3 Term Loans | Principal Amount of Legacy Notes | Principal Amount of Secured Exchangeable Notes | Principal Amount of HoldCo Convertible Notes |
|---|---|---|---|---|---|---|---|---|
| investment/portfolio manager or adviser for certain funds and/or accounts | | | | | | | | |
| Bardin Hill Investment Partners LP, on behalf of certain funds and/or accounts for which it serves as investment manager or adviser | 299 Park Ave., 24th Floor, New York, NY 10171 | $177,892.49 | n/a | n/a | $1,069,015.00 | n/a | n/a | n/a |
| Certain funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised or controlled by Benefit Street Partners | 399 Boylston Street, Floor 9 Boston, MA 02116 | $ 10,563,219.62 | n/a | $56,534,000.00 | n/a | n/a | n/a | n/a |
| BlackRock Financial Management, Inc. – Fixed Income Group, on behalf of funds and accounts under management | 50 Hudson Yards New York, NY 10001 | n/a | n/a | n/a | $585,000.00 | n/a | n/a | n/a |
| CTC Alternative Strategies, Ltd. | 425 S. Financial Place, 4th Floor Chicago, IL 60605 | $1,682,733.75 | n/a | n/a | $2,865,589.29 | $5,773,000.00 | n/a | n/a |
| Certain funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised or controlled by Invesco Senior Secured Management, Inc., or an affiliate thereof | 3500 Lacey Rd., Suite 700, Downers Grove, IL 60515-5456 | $20,911,419.93 | $62,774,869.13 | $50,250,056.80 | n/a | n/a | n/a | n/a |
| Liberty Mutual Group Asset Management Inc., on behalf of certain funds and/or accounts for which it serves as investment manager or adviser | 175 Berkeley Street, Boston, MA 02116 | $5,060,186.97 | $4,579,541.83 | $3,500,000.00 | $5,372,792.41 | $13,500,000.00 | n/a | n/a |
| MJX Asset Management LLC, on behalf of certain funds and/or accounts for which they serve as | 12 E 49th Street, 38th Floor, New York, NY 10017 | $8,035,091.23 | $24,548,740.57 | $16,855,206.66 | $1,790,930.80 | n/a | n/a | n/a |

4855-0230-4340.1

| Name[2] | Address | DIP TL Commitment | Principal Amount of Tranche B-1 Term Loans | Principal Amount of Prepetition Tranche B-2 Term Loans | Principal Amount of Prepetition Tranche B-3 Term Loans | Principal Amount of Legacy Notes | Principal Amount of Secured Exchangeable Notes | Principal Amount of HoldCo Convertible Notes |
|---|---|---|---|---|---|---|---|---|
| investment manager or adviser | | | | | | | | |
| Nuveen Asset Management, LLC, Symphony Alternative Asset Management LLC, and Teachers Advisors, LLC, on behalf of certain funds and/or accounts for which they serve as investment manager or adviser | Nuveen Asset Management, LLC, 8500 Andrew Carnegie Blvd. Charlotte, NC 28262 | $49,904,173.74 | $85,125,662.04 | $74,715,000.00 | $12,636,011.57 | $80,144,000.00 | n/a | $18,837,000.00 |
| Octagon Credit Investors, LLC, on behalf of certain funds and/or accounts for which it serves as investment manager or adviser | Octagon Credit Investors, LLC 250 Park Avenue, 15th Floor New York, NY 10177 | $22,917,811.77 | $53,890,753.13 | $37,008,006.30 | $4,217,642.05 | n/a | n/a | n/a |
| Certain funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised or controlled by Palmer Square Capital Management LLC | 1900 Shawnee Mission Pkwy Suite 315, Mission Woods, KS 66205 | $9,487,746.11 | $27,953,075.58 | $18,291,600.00 | n/a | $4,300,000.00 | n/a | n/a |
| Sculptor Capital LP, on behalf of certain funds and/or accounts for which they or an affiliate serve as investment manager or adviser | Sculptor Capital Management9 W 57th Street 39th Floor New York, NY 10019 | $24,505,013.93 | $81,920,880.80 | $15,499,600.00 | $35,275,247.70 | $2,182,000.00 | n/a | n/a |
| TBK Bank, SSB | 12700 Park Central Dr Ste 1700 | $1,015,750.55 | $4,000,000.00 | n/a | $1,611,837.72 | n/a | n/a | n/a |
| Vibrant Capital Partners, Inc. and Vibrant Credit Partners, LLC, on behalf of certain funds and/or accounts for which they serve as investment manager or adviser | 350 Madison Ave., 17th Fl, NY, NY 10017 | $325,738.73 | n/a | n/a | $1,876,071.28 | n/a | n/a | n/a |
| Voya Investment Management Co. LLC, Voya Alternative Asset Management LLC, and | 7337 E. Doubletree Ranch Road, Suite 100 | $9,071,576.83 | $28,228,945.00 | $4,970,000.00 | $14,228,945.00 | n/a | n/a | n/a |

3

| Name[2] | Address | DIP TL Commitment | Principal Amount of Tranche B-1 Term Loans | Principal Amount of Prepetition Tranche B-2 Term Loans | Principal Amount of Prepetition Tranche B-3 Term Loans | Principal Amount of Legacy Notes | Principal Amount of Secured Exchangeable Notes | Principal Amount of HoldCo Convertible Notes |
|---|---|---|---|---|---|---|---|---|
| Voya Investment Trust Co., on behalf of certain funds and/or accounts for which they serve as investment manager or trustee | Scottsdale, AZ 85258-2034 USA | | | | | | | |
| Wellfleet Credit Partners, LLC, on behalf of certain funds and/or accounts for which it serves as investment manager or adviser | Two Greenwich Office Park, Suite 240, Greenwich, CT 06831 | $7,997,800.59 | $22,074,847.01 | $17,350,000.00 | $1,790,930.80 | *n/a* | *n/a* | *n/a* |
| **Total** | | **$ 231,868,443.09** | **$414,559,503.86** | **$408,293,067.60** | **$94,405,912.22** | **$229,913,000.00** | **$0.00** | **$45,373,000.00** |

4

4855-0230-4340.1