# EXHIBIT H

SUPREME COURT OF THE STATE OF NEW YORK
NEW YORK COUNTY

| | |
|---|---|
| A6 CAPITAL MANAGEMENT LP, A6 MASTER FUND LP, ANGELO, GORDON & CO., L.P., AG CATALOOCHEE, L.P., AG CC FUNDING I, LTD., AG CC FUNDING II, LTD., AG CENTRE STREET PARTNERSHIP, L.P., AG CORPORATE CREDIT OPPORTUNITIES FUND, L.P., AG MM, L.P., AG SUPER FUND MASTER, L.P., CAPITAL FOUR US INC., CANYON BALANCED MASTER FUND, LTD., CANYON DISTRESSED OPPORTUNITY MASTER FUND III, L.P., CANYON DISTRESSED TX (A) LLC, CANYON DISTRESSED TX (B) LLC, CANYON-EDOF (MASTER) L.P., CANYON ESG MASTER FUND, L.P., CANYON-GRF MASTER FUND II, L.P., CANYON IC CREDIT MASTER FUND L.P., CANYON NZ-DOF INVESTING, L.P., CANYON VALUE REALIZATION FUND, L.P., THE CANYON VALUE REALIZATION MASTER FUND, L.P., EP CANYON LTD., MARINER ATLANTIC MULTI-STRATEGY MASTER FUND, LLC, MARINER GLEN OAKS MASTER FUND, LP, and ST. JAMES'S PLACE GLOBAL HIGH YIELD BOND UNIT TRUST, | Index No. 650626/2023 |

           Plaintiffs,

      v.

JAMES M. CHIRICO, JR., ALAN MASAREK, KIERAN J. McGRATH, STEPHAN SCHOLL, KEVIN SPEED, SUSAN L. SPRADLEY, JOHN P. SULLIVAN, STANLEY J. SUTULA III, ROBERT THEIS, SCOTT D. VOGEL, WILLIAM D. WATKINS, and JACQUELINE E. YEANEY,

           Defendants.

Case 1:23-cv-01258-PGG    Document 81-8    Filed 02/16/24    Page 3 of 4

## AMENDED NOTICE OF DISCONTINUANCE

PLEASE TAKE NOTICE that, pursuant to C.P.L.R. 3217(a)(1), the above-entitled action

is hereby discontinued as against all Defendants, with prejudice and without costs to any party.

Dated:    May 3, 2023
          New York, New York

Respectfully submitted,

 /s/ Steven F. Molo
Steven F. Molo
Justin M. Ellis
Ryan Yeh
MOLO LAMKEN LLP
430 Park Avenue
New York, New York  10022
Tel.: (212) 607-8160
Fax: (212) 607-8161
smolo@mololamken.com

Matthew J. Fisher (*pro hac vice* forthcoming)
MOLO LAMKEN LLP
300 North LaSalle Street
Chicago, Illinois  60654
Tel.: (312) 450-6700
Fax.: (312) 450-6701
mfisher@mololamken.com

*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that, on May 3, 2023, the foregoing Notice of Discontinuance was served on all counsel of record and unrepresented parties by causing it to be filed on the Court's NYSCEF system.

New York, New York
May 3, 2023

/s/ Steven F. Molo
Steven F. Molo

3