**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| OLIVER JIANG, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> JAMES M. CHIRICO, JR. and KIERAN J. MCGRATH, <br><br> Defendants. | CIVIL ACTION NO. 1:23-CV-01258-PGG <br> CLASS ACTION |

**DECLARATION OF MINSUK HAN IN SUPPORT OF**
**DEFENDANT KIERAN MCGRATH'S OPPOSITION TO**
**PLAINTIFFS' MOTION TO MODIFY THE PSLRA DISCOVERY STAY**

Pursuant to 28 U.S.C. § 1746, Minsuk Han declares as follows:

1.      I am an attorney with the law firm Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., and counsel to Defendant Kieran McGrath in the above-captioned action.  I respectfully submit this declaration in support of Mr. McGrath's Memorandum of Law in Opposition to Plaintiffs' Motion to Modify the PSLRA Discovery Stay.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the publicly filed version of Mr. McGrath's Brief in Support of the Motion to Dismiss filed in *Brigade Cavalry Fund Ltd., et al. v. James M. Chirico, Jr., et al*., No. 23-CV-031948-590 (N.C. Super. Ct. Oct. 26, 2023) ("*Brigade* Action").

3.      Attached hereto as Exhibit 2 is a true and correct copy of the publicly filed version of Mr. McGrath's Brief in Support of the Motion to Dismiss filed in *ALCOF III NUBT, L.P. v. James M. Chirico, Jr. et al*., No. 23-CV-031985-590 (N.C. Super. Ct. Oct. 26, 2023) ("*ALCOF* Action").

4.      Attached hereto as <u>Exhibit 3</u> is a true and correct copy of the court's order staying discovery in the *Brigade* Action and the *ALCOF* Action, entered on February 16, 2024.

5.      Attached hereto as <u>Exhibit 4</u> is a true and correct copy of a notice that the plaintiffs in the *Brigade* Action provided to Mr. McGrath, dated December 22, 2023.

6.      Attached hereto as <u>Exhibit 5</u> is a true and correct copy of the parties' Case Management Report filed in the *Brigade* Action on January 23, 2024.

7.      I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 16, 2024.

<div style="margin-left:40%">

<u>/s/  Minsuk Han</u>
Minsuk Han
mhan@kellogghansen.com
KELLOGG, HANSEN, TODD, FIGEL &
FREDERICK, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C.  20036
Telephone:  202.326.7900
Facsimile:  202.326.7999

*Attorney for Defendant Kieran McGrath*

</div>

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing document was filed on February 16, 2024 using the Court's electronic filing system, which will automatically and electronically notify the Court and counsel of record.


*/s/  Minsuk Han*