# Exhibit 4

STATE OF NORTH CAROLINA     IN THE GENERAL COURT OF JUSTICE
                            SUPERIOR COURT DIVISION
COUNTY OF MECKLENBURG            23CV031948-590


BRIGADE CAVALRY FUND LTD.,
et al,

                 Plaintiffs,

        v.
                                        **NOTICE OF RECEIPT**

JAMES M. CHIRICO, JR. and
KIERAN J. MCGRATH,

                 Defendants.


        Pursuant to Rule 45(d1) of the North Carolina Rules of Civil Procedure, please

take notice that on 18 December 2023, Plaintiffs received a media device containing

electronic documents from Avaya LLC in response to the subpoena issued by

Plaintiffs on November 22, 2023.

        This the 22nd day of December, 2023.


WOMBLE BOND DICKINSON (US)          DEBEVOISE & PLIMPTON LLP
LLP
                                    Maeve O'Connor
/s/ Raymond M. Bennett              Sidney P. Levinson
Raymond M. Bennett (N.C. Bar No. 36341)   Erica S. Weisgerber
Jesse A. Schaefer (N.C. Bar No. 44773)    Morgan A. Davis
555 Fayetteville Street, Suite 1100   66 Hudson Boulevard
Raleigh, North Carolina 27601       New York, NY 10001
Telephone: (919) 755-2100           Phone: (212) 909-6000
Email: Ray.Bennett@wbd-us.com       Email: mloconnor@debevoise.com
       Jesse.Schaefer@wbd-us.com           slevinson@debevoise.com
                                           eweisberger@debevoise.com
*Counsel for Plaintiffs*                   mdavis@debevoise.com

                                    *Counsel for Plaintiffs*
                                    *Pro Hac Applications Forthcoming*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served by email on counsel of record as follows:

David C. Wright, III
dwright@robinsonbradshaw.com
Adam K. Doerr
adoerr@robinsonbradshaw.com
Ethan R. White
ewhite@robinsonbradshaw.com
ROBINSON BRADSHAW
101 N. Tryon Street, Suite 1900
Charlotte, NC 28246
Telephone: 704.377.8352
Facsimile: 704.373.3952

*Counsel for Defendant Kieran J. McGrath*

Thomas O. Gorman
gorman.tom@dorsey.com
Kathryn Johnson
johnson.kate@dorsey.com
William Cravens
cravens.william@dorsey.com
Dorsey & Whitney LLP
50 South Sixth Street, Ste. 1500
Minneapolis, MN 55402
Phone: 612-340-2600
*Attorneys for Defendant James M. Chirico, Jr*
*Pro Hac Applications Forthcoming*

Kenneth Lautenschlager
NC Bar No. 23246
klauten@jahlaw.com
Austin R. Walsh
awalsh@jahlaw.com
NC Bar No. 44882
William D. McClelland
bmcclelland@jahlaw.com
NC Bar No. 59867
1065 East Morehead Street
Charlotte, NC 28204 Telephone: (704) 332-1181 Facsimile: (704) 376-1628
*Attorneys for Defendant James M. Chirico, Jr.*

This the 22nd day of December, 2023.


WOMBLE BOND DICKINSON (US) LLP

/s/ Raymond M. Bennett
Raymond M. Bennett (N.C. Bar No. 36341)
Jesse A. Schaefer (N.C. Bar No. 44773)
555 Fayetteville Street, Suite 1100
Raleigh, North Carolina 27601
Telephone: (919) 755-2100
Email: Ray.Bennett@wbd-us.com
        Jesse.Schaefer@wbd-us.com

*Counsel for Plaintiffs*


DEBEVOISE & PLIMPTON LLP

Maeve O'Connor
Sidney P. Levinson
Erica S. Weisgerber
Morgan A. Davis
66 Hudson Boulevard
New York, NY 10001
Phone: (212) 909-6000
Email: mloconnor@debevoise.com
        slevinson@debevoise.com
        eweisberger@debevoise.com
        mdavis@debevoise.com

*Counsel for Plaintiffs*
*Pro Hac Applications Forthcoming*