UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| OLIVER JIANG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>JAMES M. CHIRICO, JR., and KIERAN J. MCGRATH,<br>Defendants. | Case No. 1:23-cv-01258-PGG<br><br>**LEAD PLAINTIFF PAUL SWEATT'S JOINDER AND ADOPTION OF MOTION TO MODIFY THE PSLRA DISCOVERY STAY**<br><br><u>CLASS ACTION</u> |

011154-11/2450930 V1

On March 5, 2024, the Court appointed movant Paul Sweatt to serve as lead plaintiff on behalf of the putative class of those who purchased or otherwise acquired securities of Avaya Holdings Corp. between October 3, 2019 and November 29, 2022. ECF No. 89. Having the standing and authority to act on behalf of the putative class, Lead Plaintiff Paul Sweatt hereby joins in Oliver Jiang and City of Pittsburgh Comprehensive Municipal Pension Trust Funds' (collectively, "Movants") Motion to Modify the PSLRA Discovery Stay and adopts all arguments set forth in the Movants' supporting papers. ECF Nos. 79 and 88.

For reasons set forth in the Movants' papers, Lead Plaintiff respectfully requests that the Court grant Lead Plaintiff limited relief from the PSLRA discovery stay pursuant to 15 U.S.C. §78u-4(a)(3)(B) to serve document subpoenas on Avaya and on counsel for the plaintiffs in the State Court Actions in the manner described in Movants' papers.  ECF No. 80 at 11.

DATED: March 8, 2024

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By */s/ Lucas E. Gilmore*
    Lucas E. Gilmore, *pro hac vice*
Reed R. Kathrein, *pro hac vice* forthcoming
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

Nathaniel A. Tarnor
68 3rd Street, Suite 249
Brooklyn, NY 11231
Telephone: (212) 752-5455
Facsimile:  (917) 210-3980
nathant@hbsslaw.com

-1-

-2-

*Counsel for Lead Plaintiff Paul Sweatt*

Brian J. Schall, *pro hac vice* forthcoming
THE SCHALL LAW FIRM
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: (310) 301-3335
Facsimile:  (310) 388-0192
brian@schallfirm.com

*Additional Counsel for Lead Plaintiff Paul Sweatt*

-2-

-1-

**CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Lucas E. Gilmore*
LUCAS E. GILMORE

-1-

011154-11/2450930 V1