# HAGENS BERMAN

Lucas E. Gilmore    lucasg@hbsslaw.com

ATTORNEYS AT LAW

**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 HEARST AVENUE, SUITE 300
BERKELEY, CA 94710

hbsslaw.com

(510) 725-3052 phone    (206) 623-0594 fax

August 28, 2024

**VIA ECF**

Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2104
New York, NY 10007

MEMO ENDORSED

**The Application is granted.**

**SO ORDERED:**

*[signature]*

**Paul G. Gardephe, U.S.D.J.**

Date: August 29, 2024

> Re:  *Jiang v. Chirico, Jr., et al.*
> Case No. 1:23-cv-01258-PGG (S.D.N.Y.)
> ***Opposed** Request to File Single Omnibus Brief
> in Opposition to Defendants' Motions to Dismiss*

Dear Judge Gardephe,

We represent Lead Plaintiff Paul Sweatt in the above-captioned securities class action.

We write to seek an order permitting Lead Plaintiff to submit a single omnibus memorandum of points and authorities in support of Lead Plaintiff's opposition to Defendants James M. Chirico and Kieran J. McGrath's separate motions to dismiss Lead Plaintiff's Amended Complaint that shall not exceed 50 pages. As explained below, Defendants oppose the requested relief.

By way of background, on July 8, 2024, Defendants McGrath and Chirico responded to the Amended Complaint by each serving separate motions to dismiss. Defendant McGrath served a memorandum of points and authorities in support of his motion consisting of 25 pages, and Defendant Chirico served a memorandum of points and authorities in support of his motion consisting of 25 pages (i.e., together 50-pages total of legal argument). Defendant McGrath further submitted a supporting declaration attaching fourteen (14) exhibits totaling over 500 pages, while Defendant Chirico's supporting declaration attached five (5) exhibits totaling over 150 pages.

Pursuant to the Court's March 14, 2024 Order regarding the schedule for the filing of an Amended Complaint and Motion to Dismiss briefing (Dkt. No. 92), the deadline for Lead Plaintiff to oppose Defendants' motions to dismiss the Amended Complaint is September 6, 2024.

Plaintiffs believe that under § IV.B of this Court's Individual Rules of Practice in Civil Cases, Lead Plaintiff could file separate 25-page briefs in opposition to Defendants' Motions, totaling 50 pages of argumentation. But given the overlap in factual and legal issues raised in Defendants' motions and to avoid the Court having to review multiple opposition briefs, Lead Plaintiff submits serving an omnibus opposition incorporating all of Lead Plaintiffs' arguments in a single brief not to exceed 50 pages would be the most efficient way to proceed.

SEATTLE   BERKELEY   BOSTON   CHICAGO   LOS ANGELES   NEW YORK   PHOENIX   SAN DIEGO   LONDON

August 28, 2024
Page 2

 

 

Prior to writing the Court, Lead Plaintiff met and conferred with Defendants, who oppose the requested relief. While Defendants are open to Lead Plaintiff filing a single omnibus opposition brief, Defendants conditioned their consent on (i) Lead Plaintiff limiting the omnibus opposition brief to no more than 40 pages (i.e., a 20% reduction on Lead Plaintiff's authorized page limit); and (ii) allowing each Defendant to file separate 18-page reply briefs (i.e., an 80% increase on Defendants' 10-page limit for reply).

Having offered no good cause for these conditions in Lead Plaintiff's view, Lead Plaintiff declined Defendants' proposal.

Based on the foregoing, Lead Plaintiff respectfully requests that the Court grant the requested relief by allowing Lead Plaintiff to serve a single omnibus brief that shall not exceed 50 pages by September 6, 2024.

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

*/s/ Lucas E. Gilmore*
Lucas E. Gilmore, *pro hac vice*

*Counsel for Lead Plaintiff Paul Sweatt*

LEG:ln