KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
——————
(202) 326-7900
FACSIMILE:
(202) 326-7999

October 21, 2024

*Via ECF*

The Honorable Paul G. Gardephe
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2104
New York, New York 10007

   Re: *Jiang v. Chirico, et al.*, No. 1:23-cv-01258-PGG (S.D.N.Y.)

Dear Judge Gardephe:

  Pursuant to the Court's Individual Rule of Practice in Civil Cases IV.D., Defendant Kieran McGrath respectfully requests oral argument on his motion to dismiss the Amended Complaint under Federal Rules of Civil Procedure 12(b)(6) and 9(b), which is now fully briefed and filed. We believe that oral argument may be of assistance to the Court.

  Additionally, we write to inform the Court that we filed a corrected version of Defendant McGrath's reply brief in support of his motion to dismiss, shortly after filing the original version. *See* Dkt. 113. The original version of the reply brief included a typographical error in footnote 7 – it inadvertently referred to "Q2" rather than "Q3." *See* Dkt. 111 at 17 n.7. The corrected version fixes that error.

           Respectfully submitted,

           */s/ Reid M. Figel*
           Reid M. Figel
           Minsuk Han
           KELLOGG, HANSEN, TODD,
            FIGEL & FREDERICK, P.L.L.C.
           1615 M Street, N.W., Suite 400
           Washington, D.C. 20036
           Telephone: (202) 326-7900
           rfigel@kellogghansen.com
           mhan@kellogghansen.com

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

The Honorable Paul G. Gardephe
October 21, 2024
Page 2

*Attorneys for Defendant Kieran
McGrath*

Cc:    All Counsel of Record (via CM/ECF)