UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OLIVER JIANG, individually and on behalf
of all others similarly situated,

                              Plaintiff,

        - against -

JAMES M. CHIRICO, JR., and KIERAN J.
McGRATH,

                              Defendants.

**ORDER**

23 Civ. 1258 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Defendant Kieran McGrath's request for oral argument is denied at this time. In the event that the Court determines that oral argument would be useful, it will schedule the motion for oral argument. The Clerk of Court is directed to terminate the motion (Dkt. No. 114).

Dated: New York, New York
       October 22, 2024

                              SO ORDERED.

                              _____
                              Paul G. Gardephe
                              United States District Judge