KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215

———

(202) 326-7900

FACSIMILE:
(202) 326-7999

January 23, 2025

*Via ECF*

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2104
New York, New York 10007

    Re:    <u>Jiang v. Chirico, et al</u>., No. 1:23-cv-01258-PGG (S.D.N.Y.)

Dear Judge Gardephe:

    As required by the Court's Individual Rule of Practice in Civil Cases IV.H, Defendant Kieran McGrath respectfully notifies the Court that his motion to dismiss in the above-captioned action, *see* Dkt. 110, was fully submitted on October 21, 2024.

                                                  Respectfully submitted,

                                                 <u>/s/  Reid M. Figel</u>
                                                 Reid M. Figel
                                                 Minsuk Han
                                                 KELLOGG, HANSEN, TODD,
                                                    FIGEL & FREDERICK, P.L.L.C.
                                                 1615 M Street, N.W., Suite 400
                                                 Washington, D.C. 20036
                                                 Telephone: (202) 326-7900
                                                 rfigel@kellogghansen.com
                                                 mhan@kellogghansen.com

Cc:    All Counsel of Record (via CM/ECF)