

**Debevoise & Plimpton LLP**
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

June 4, 2025

The Honorable Paul G. Gardephe
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2104
New York, New York 10007

Re:    *Jiang v. Chirico, et al.*, No. 1:23-cv-01258-PGG (S.D.N.Y.)

Dear Judge Gardephe:

We write on behalf of the plaintiffs[1] in the New York state court action entitled *Brigade Cavalry Fund Ltd. et al. v. Chirico et al.*, No. 65568/2024 (N.Y. Sup Ct., New York Cty.) ("*Brigade*"). On May 27, 2025, the New York state court in the *Brigade* action denied in part the motions to dismiss the *Brigade* complaint filed by Defendants James Chirico and Keiran McGrath (also defendants in the above-captioned case). On May 28, 2025, following full briefing, the New York state court also denied Defendants' request to stay discovery in the *Brigade* action pending a ruling on the motions to dismiss in the above-captioned case.

Late last evening, we learned that Defendant McGrath has written to this Court seeking permission to file a motion to request that this Court stay discovery in the state-court

---

[1]    Plaintiffs are Brigade Calvary Fund, Ltd., Brigade Collective Investment Trust – Brigade Diversified Credit CIT, Brigade Credit Fund II Ltd., Brigade High Yield Fund Ltd., Brigade Leveraged Capital Structures Fund Ltd., Brigade Loan Fund Ltd., Brigade Opportunistic Credit LBG Fund Ltd., Brigade-SierraBravo Fund LP, FedEx Corporation Employees' Pension Trust, Los Angeles County Employees Retirement Association, Panther BCM LLC, Platinum Peregrine A 2012 RSC Limited, SAS Trustee Corporation, SC Credit Opportunities Mandate, LLC, SEI Global Master Fun Plc the SEI High Yield Fixed Income Fund, SEI Institutional Investments Trust – High Yield Bond Fund, SEI Institutional Managed Trust – Multi-Strategy Alternative Fund, TCorpIM High Yield Fund, The Coca-Cola Company Master Retirement Trust, and U.S. High Yield Bond Fund (collectively the "*Brigade* Plaintiffs").

*Brigade* action.  The *Brigade* Plaintiffs intend to oppose any motion to stay discovery in the *Brigade* action.  In accordance with Rule IV(A) of the Court's individual rules, the *Brigade* Plaintiffs will file by June 6, 2025, a motion seeking to intervene in this matter for the limited purpose of opposing a stay of discovery in the *Brigade* action, along with a letter stating our grounds for that opposition.

Respectfully submitted,

**DEBEVOISE & PLIMPTON LLP**

By:     <u>*/s/ Maeve O'Connor*</u>
        Maeve O'Connor
        Sidney P. Levinson
        Erica S. Weisgerber
        mloconnor@debevoise.com
        slevinson@debevoise.com
        eweisgerber@debevoise.com
        66 Hudson Boulevard
        New York, NY  10001
        (212) 909-6000

        *Counsel to the Brigade Plaintiffs*

cc: All Counsel of Record (via ECF)

www.debevoise.com