UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

OLIVER JIANG, Individually and on Behalf of All           :
Others Similarly Situated,                                :
                                                          :
                                                          :
                            Plaintiff,                    :        Index No.1:23-cv-01258-PGG
                                                          :
          -against-                                       :
                                                          :
JAMES M. CHIRICO, JR., and                                :
KIERAN J. MCGRATH,                                        :
                                                          :
                            Defendants.                   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and the Declaration of Erica S. Weisgerber dated June 6, 2025, and upon all prior pleadings and proceedings herein, the undersigned, attorneys for Proposed Intervenors to the above captioned case, Brigade Cavalry Fund Ltd., Brigade Collective Investment Trust - Brigade Diversified Credit CIT, Brigade Credit Fund II Ltd., Brigade High Yield Fund Ltd., Brigade Leveraged Capital Structures Fund Ltd., Brigade Loan Fund Ltd., Brigade Opportunistic Credit LBG Fund Ltd., Brigade-SierraBravo Fund LP, FedEx Corporation Employees' Pension Trust, Los Angeles County Employees Retirement Association, Panther BCM LLC, Platinum Peregrine A 2012 RSC Limited, SAS Trustee Corporation, SC Credit Opportunities Mandate, LLC, SEI Global Master Fund Plc the SEI High Yield Fixed Income Fund, SEI Institutional Investments Trust - High Yield Bond Fund, SEI Institutional Managed Trust - High Yield Bond Fund, SEI Institutional

Managed Trust - Multi-Strategy Alternative Fund, TCorpIM High Yield Fund, The Coca-Cola Company Master Retirement Trust, and U.S. High Yield Bond Fund (collectively the "*Brigade* Plaintiffs") hereby moves this Court for leave to intervene for the limited purpose of filing a letter in opposition to Defendants' request to move to stay discovery in *Brigade Cavalry Fund Ltd., et al. v. Chirico, et al.*, No. 655678/2024 (N.Y. Sup. Ct., New York Cnty.) ("*Brigade*") and to oppose any subsequent motion to stay or otherwise impact discovery or other matters in *Brigade* and for such other and further relief as the Court may deem just and proper.

Dated: New York, NY
       June 6, 2025

DEBEVOISE & PLIMPTON LLP

By: */s/ Maeve O'Connor*
    Maeve O'Connor
    Sidney P. Levinson
    Erica S. Weisgerber
    mloconnor@debevoise.com
    slevinson@debevoise.com
    eweisgerber@debevoise.com
    66 Hudson Boulevard
    New York, NY  10001
    (212) 909-6000

    *Attorneys for the Brigade Plaintiffs*