UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

OLIVER JIANG, Individually and on Behalf of All
Others Similarly Situated,

                         Plaintiff,

               -against-

JAMES M. CHIRICO, JR., and
KIERAN J. MCGRATH,

                     Defendants.

:   Case No. 1:23-cv-01258-PGG

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## [PROPOSED] ORDER GRANTING PROPOSED INTERVENOR'S MOTION TO INTERVENE

Having considered the circumstances of this case, as well as the Memorandum of Law in Support of Motion to Intervene for the Limited Purpose of Objecting to Defendants' Motion to Stay Discovery in *Brigade Cavalry Fund Ltd., et al. v. James M. Chirico, Jr. et. al.* it is HEREBY ORDERED THAT:

1. Proposed Intervenors Brigade Cavalry Fund Ltd., Brigade Collective Investment Trust - Brigade Diversified Credit CIT, Brigade Credit Fund II Ltd., Brigade High Yield Fund Ltd., Brigade Leveraged Capital Structures Fund Ltd., Brigade Loan Fund Ltd., Brigade Opportunistic Credit LBG Fund Ltd., Brigade-SierraBravo Fund LP, FedEx Corporation Employees' Pension Trust, Los Angeles County Employees Retirement Association, Panther BCM LLC, Platinum Peregrine A 2012 RSC Limited, SAS Trustee Corporation, SC Credit Opportunities Mandate, LLC, SEI Global Master Fund Plc the SEI High Yield Fixed Income Fund, SEI Institutional Investments Trust - High Yield Bond Fund, SEI Institutional Managed Trust - High Yield Bond Fund, SEI Institutional Managed

Trust - Multi-Strategy Alternative Fund, TCorpIM High Yield Fund, The Coca-Cola Company Master Retirement Trust, and U.S. High Yield Bond Fund's Motion to Intervene is **GRANTED**.

2.      The Proposed Intervenors are hereby joined in this action under Federal Rule of Civil Procedure 24 for the limited purpose of objecting to and opposing any motion to stay or otherwise impact discovery or other matters in the state court action entitled *Brigade Cavalry Fund Ltd., et al. v. Chirico, et al.*, No. 655678/2024 (N.Y. Sup. Ct., New York Cnty.).

IT IS SO ORDERED

DATED:_____          _____

THE HONORABLE PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE