UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x
                                                  :
OLIVER JIANG, Individually and on Behalf of All   :
Others Similarly Situated,                         :
                                                  :
            Plaintiff,                             :
                                                  :    No. 1:23-cv-01258-PGG
            v.                                     :
                                                  :
JAMES M. CHIRICO, JR., and                        :    **DECLARATION OF ERICA**
KIERAN J. MCGRATH,                                :    **S. WEISGERBER**
                                                  :
            Defendants.                            :
———————————————————————— x

Erica S. Weisgerber hereby declares as follows:

1.      I am a member of the law firm of Debevoise & Plimpton LLP, counsel for Proposed Intervenors Brigade Cavalry Fund Ltd., Brigade Collective Investment Trust - Brigade Diversified Credit CIT, Brigade Credit Fund II Ltd., Brigade High Yield Fund Ltd., Brigade Leveraged Capital Structures Fund Ltd., Brigade Loan Fund Ltd., Brigade Opportunistic Credit LBG Fund Ltd., Brigade-SierraBravo Fund LP, FedEx Corporation Employees' Pension Trust, Los Angeles County Employees Retirement Association, Panther BCM LLC, Platinum Peregrine A 2012 RSC Limited, SAS Trustee Corporation, SC Credit Opportunities Mandate, LLC, SEI Global Master Fund Plc the SEI High Yield Fixed Income Fund, SEI Institutional Investments Trust - High Yield Bond Fund, SEI Institutional Managed Trust - High Yield Bond Fund, SEI Institutional Managed Trust - Multi-Strategy Alternative Fund, TCorpIM High Yield Fund, The Coca-Cola Company Master Retirement Trust, and U.S. High Yield Bond Fund (collectively the "*Brigade* Plaintiffs"), in the above-entitled action.

2.      Proposed Intervenors are plaintiffs in *Brigade Cavalry Fund Ltd., et al. v. Chirico, et al.*, No. 655678/2024 (N.Y. Sup. Ct., New York Cnty.), a state court action proceeding against Defendants James M. Chirico, Jr. and Kieran McGrath.

3.      I make this declaration based on personal knowledge.  I am fully familiar with the facts set forth herein and submit this affirmation in support of the *Brigade* Plaintiffs' motion to intervene for the limited purpose of responding to Defendants' request to move to stay discovery in *Brigade Cavalry Fund Ltd., et al. v. Chirico, et al.* and to oppose such motion if made.

4.      In further support of the *Brigade* Plaintiffs' Motion, I have attached to this declaration true and accurate copies of the following:

a.      Annexed as Exhibit 1 is a true and correct copy of the *Brigade* Plaintiffs' letter in response to McGrath's and Chirico's letters (ECF Nos. 121, 126) requesting permission to move this Court to stay discovery in *Brigade Cavalry Fund Ltd., et al. v. Chirico, et al.*, No. 655678/2024 (N.Y. Sup. Ct., New York Cnty.).

b.      Annexed as Exhibit 2 is a true and correct copy of Hon. Melissa A. Crane's Decision & Order on Motion to Dismiss in *Brigade Cavalry Fund Ltd., et al. v. Chirico, et al.*, No. 655678/2024 (N.Y. Sup. Ct., New York Cnty. May 27, 2025), NYSCEF No. 103.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated June 6, 2025

  /s/ Erica S. Weisgerber
Erica S. Weisgerber
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, New York 10001
(212) 909-6000
eweisgerber@debevoise.com

*Attorney for the Brigade Plaintiffs*
