KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
———
(202) 326-7900

FACSIMILE:
(202) 326-7999

December 4, 2025

*Via ECF*

The Honorable Paul G. Gardephe
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2104
New York, New York 10007

      Re:    *Jiang v. Chirico, et al.*, No. 1:23-cv-01258-PGG (S.D.N.Y.)

Dear Judge Gardephe:

      We represent Defendant Kieran J. McGrath in the above-captioned action. We also represent him in a related action, *Brigade Cavalry Fund Ltd., et al. v. Chirico, et al.*, No. 655678/2024 (N.Y. Sup. Ct.) ("*Brigade*"), where he is also a defendant. We write to notify the Court about a recent decision from the New York Supreme Court, Appellate Division, First Department.

      We previously informed the Court, by letter dated September 26, 2025, that the First Department had granted an interim stay of discovery in *Brigade* in response to McGrath's motion for interim relief pending appeal. *See* ECF No. 135. On December 4, 2025, the First Department issued its decision on the appeal, ruling that discovery be stayed until this Court "address[es] whether discovery in this action should be stayed pursuant to the Securities Litigation Uniform Standards Act" or "on another basis." Ex. A at 2.

                                  Respectfully submitted,

                                  */s/ Reid M. Figel*
                                  Reid M. Figel
                                  Minsuk Han
                                  KELLOGG, HANSEN, TODD,
                                    FIGEL & FREDERICK, P.L.L.C.
                                  1615 M Street, N.W., Suite 400
                                  Washington, D.C. 20036
                                  Telephone: (202) 326-7900
                                  rfigel@kellogghansen.com
                                  mhan@kellogghansen.com

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

The Honorable Paul G. Gardephe
December 4, 2025
Page 2

*Attorneys for Defendant Kieran J. McGrath*

Cc:    All Counsel of Record (via CM/ECF)