**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

OLIVER JIANG, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

JAMES M. CHIRICO, JR., and KIERAN J. MCGRATH,

Defendants.

Case No. 1:23-cv-01258-PGG

**NOTICE OF INTENT NOT TO AMEND THE COMPLAINT**

Court-appointed Lead Plaintiff Paul Sweatt, individually and on behalf of all others similarly situated, respectfully submits this Notice of Intent Not to Amend the Complaint.

This Court's Memorandum Opinion and Order, dated September 1, 2026 (ECF No. 140), granted: (1) Defendants' Motions to Dismiss Lead Plaintiff's Amended Complaint, and (2) Lead Plaintiff leave to amend the Amended Complaint.

Lead Plaintiff elects not to file a second amended complaint on the grounds that Lead Plaintiff believes the Amended Complaint satisfies applicable pleading standards set by Rule 9(b) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995.

Dated September 29, 2026

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By *<u>/s/ Lucas E. Gilmore</u>*

Lucas E. Gilmore, *pro hac vice*
Reed R. Kathrein, *pro hac vice* forthcoming
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

Nathaniel A. Tarnor
68 3rd Street, Suite 249
Brooklyn, NY 11231
Telephone: (212) 752-5455
Facsimile: (917) 210-3980
nathant@hbsslaw.com

*Counsel for Lead Plaintiff Paul Sweatt*

Brian J. Schall, *pro hac vice* forthcoming
THE SCHALL LAW FIRM
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: (310) 301-3335
Facsimile: (310) 388-0192
brian@schallfirm.com

*Additional Counsel for Lead Plaintiff Paul Sweatt*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Lucas E. Gilmore*
LUCAS E. GILMORE