**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OLIVER JIANG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>JAMES M. CHIRICO, JR., and KIERAN J. MCGRATH,<br><br>Defendants. | Case No. 1:23-cv-01258-PGG<br><br>**NOTICE OF APPEAL** |

NOTICE IS GIVEN that Lead Plaintiff Paul Sweatt, individually and on behalf of all others similarly situated, appeals to the United States Court of Appeals for the Second Circuit from the Order dismissing Plaintiff's complaint, filed on September 1, 2026 (ECF No. 140), and all interlocutory orders and prior rulings merging therein.[1]

DATED: September 30, 2026

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By */s/ Lucas E. Gilmore*

Lucas E. Gilmore, *pro hac vice*
Reed R. Kathrein, *pro hac vice* forthcoming
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

Nathaniel A. Tarnor
HAGENS BERMAN SOBOL SHAPIRO LLP
68 3rd Street, Suite 249
Brooklyn, NY 11231
Telephone: (212) 752-5455
Facsimile: (917) 210-3980
nathant@hbsslaw.com

*Counsel for Lead Plaintiff Paul Sweatt*

[1] Because it granted dismissal with leave to amend, the District Court did not enter a separate judgment. *See* Fed. R. Civ. P. 58. After the Order was issued, Lead Plaintiff filed a Notice of Intent Not to Amend the Complaint. ECF No. 141 (Sept. 29, 2026). The Order therefore is appealable because the District Court "evidenced its intent" that the Order "would represent the final decision in the case." *Bankers Trust Co. v. Mallis*, 435 U.S. 381, 387 (1978); ECF No. 140 at 81 (granting motions to dismiss in their entirety); *see also* 28 U.S.C. § 1291.

Brian J. Schall, *pro hac vice* forthcoming
THE SCHALL LAW FIRM
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: (310) 301-3335
Facsimile: (310) 388-0192
brian@schallfirm.com

*Additional Counsel for Lead Plaintiff Paul Sweatt*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Lucas E. Gilmore*
LUCAS E. GILMORE